UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | 3:01 CR 162 (SRU) |
| OMAR FLORES | : | |

**ORDER TO SHOW CAUSE**

The government is hereby ordered to show cause in writing on or before March 4, 2005, why the motions for return of property (**doc. ## 229 and 237**) should not be granted. Specifically, the government shall demonstrate how it provided notice of the potential forfeiture to the defendant and how publication notice in the <u>Wall Street Journal</u> was adequate to give notice to potential claimants.

It is so ordered.

Dated at Bridgeport, Connecticut, this 3rd day of February 2005.

                                                         /s/ Stefan R. Underhill
                                                       Stefan R. Underhill
                                                       United States District Judge