UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL NO. 3:01CR162(SRU) |
| | : |
| | : |
| v. | : |
| | : |
| OMAR FLORES | :MARCH 1, 2005 |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States, by and through the undersigned Assistant United States Attorney, hereby respectfully moves for a 10 day extension to respond to the Court's Order to Show Cause in the captioned matter. In support of the motion, the undersigned respectfully represents as follows:

1. The defendant pleaded guilty to drug conspiracy charges and was sentenced by the Court on January 23, 2003 to a term of imprisonment of 60 months. The defendant is serving his sentence.

2. At the time of his arrest, DEA agents seized currency and other items. An administrative forfeiture action was commenced by the DEA, and I have been advised that notice of the action was attempted to by certified mail on two occasions, on January 23, 2002 and July 26, 2002. The certified mail receipts are in the process of being obtained, which is the reason for this motion.

3. The defendant has moved this Court under Rule 41 for return of the items. The items consist of approximately $1,181.00 in currency and other items. The government has not objected to the return of the personal items and has made that position known in the past. The items are available to be obtained by an authorized representative of the defendant.

4. The currency has been forfeited by the DEA through administrative forfeiture. I have been advised by the DEA that two attempts were made to give the defendant personal notice of the administrative forfeiture action by certified mail. It appears that the defendant was incarcerated pretrial at the Wyatt Detention Facility. I have been advised that notice was provided by certified mail on January 23, 2002 and again on July 26, 2002 to the jail facility. U.S. Attorneys Office employees in the forfeiture unit have been in contact with the DEA who have advised that such certified mail service upon the defendant did occur, and that return receipts of the mailings exist. The receipts are currently being obtained, but cannot be provided by Friday, March 4, 2005, the day the government's response is due.

As such, the undersigned respectfully requests an additional 10 days to obtain the certified receipts of certified mailings, and respond to the defendant's motion. The government's position is that if administrative forfeiture was pursued, and the defendant was given notice through certified mail service at the jail facility where he was incarcerated, the defendant is barred from challenging the forfeiture in a subsequent proceeding in this Court even if for some reason the notice did not reach the defendant personally. See Dusenberry v. United States, 534 U.S. 161, 163-66 (2002).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ROBERT M. APPLETON
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct05112
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

CERTIFICATION

      I hereby certify that a true copy of the foregoing was mailed, this 1st day of March, 2005 to Omar Flores, Inmate #14478-014, Federal Correctional Institution, P.O. Box 7000(West), Fort Dix, New Jersey, 08640.

ROBERT M. APPLETON
ASSISTANT UNITED STATES ATTORNEY