# Exhibit

# A

1st Notice 1/28/02, 2nd Notice 2-2-02, Return 2-12-02" (Exhibit 2).

    (c) On January 23, 2002, pursuant to Title 19, U.S.C., Section 1607(a), and 18 U.S.C. Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Omar Florez, c/o Bruce Koffsky/Esq., 1200 Summer Street, Stamford, CT 06905 (Exhibit 3). On January 28, 2002, an individual signing in the "Received by" and "Signature" blocks accepted delivery of this notice (Exhibit 4).

    (d) On January 23, 2002, pursuant to Title 19, U.S.C., Section 1607(a), and 18 U.S.C. Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Omar Florez, Prisoner ID No. 14478-014, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863 (Exhibit 5). A copy of the Receipt for Certified Mail No. 7001 1140 0001 1635 3122 is attached (Exhibit 6).

    (e) On January 23, 2002, pursuant to Title 19, U.S.C., Section 1607(a), and 18 U.S.C. Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Jaime Lopez, 44 Martin Luther King Jr. Drive, (Trinity Place) Apartment 4, Norwalk, CT 06854 (Exhibit 7). The notice was returned to DEA with the envelope stamped "Returned to Sender, Att Unknown, #5433, CR, Name - CR, 1st Notice 1/28/02, 2nd Notice 2-2-02, Return 2-12-02" (Exhibit 8).

    (f) Pursuant to Title 19, U.S.C. 1607(a), and Title 21, Code of Federal Regulations, Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a

newspaper of general circulation in the District of Connecticut (Exhibit 9). The notices were published for two successive Mondays: February 4, 11, and on Tuesday February 19, 2002. The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court. Pursuant to 18 U.S.C. Section 983 (a)(2)(B), the published and mailed notices also stated that the deadline to file a claim was February 27, 2002, or if the mailed notice was not received, March 20, 2002. In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation within thirty (30) days of the receipt of notice.

(g) On July 26, 2002, pursuant to Title 19, U.S.C., Section 1607(a), and 18 U.S.C. Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Omar Florez, Prisoner ID No. #14478-014, Donald Wyatt Detention Facility, 950 High St, Central Falls, RI 02863 (Exhibit 10). This notice provided Omar Florez until August 30, 2002, to file a claim to contest the seizure. A copy of the unsigned Domestic Return Receipt date stamped July 31, 2002, is attached (Exhibit 11).

(h) On September 12, 2002, having not received a timely claim from any party, and after the time limit for filing said claim having expired, the $1,181.00 U.S. currency was forfeited to the United States pursuant to 19 U.S.C. § 1609. A copy of this Declaration of Forfeiture is attached (Exhibit 12).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of March 2005.

John Hieronymus
Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

Attachments: Exhibits 1-12



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| Asset Id: | 02-DEA-[illegible] |
| Case Number: | [illegible] |
| Property: | $1,181.00 U.S. Currency |
| Asset Value: | $1,181.00 |
| Seizure Date: | 11/28/01 |
| Seizure Place: | Norwalk, CT |
| Owner Name: | |
| Seized From: | Florez, Omar |
| Judicial District: | District of Connecticut |

Omar Florez
44 Martin Luther King Jr. Drive
(Trinity Place) Apartment 4
Norwalk, CT 06854

NOTICE MAILING DATE: January 23, 2002

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **February 27, 2002**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic [illegible], Drug Enforcement Administration, HQS Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. [illegible] sent via private delivery must be sent to DEA, Office of Domestic Operations, [illegible], 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE [illegible] ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON [illegible] BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. [illegible] be used with all submissions. Failure to include the Asset ID may cause a delay in processing [illegible]

EXHIBIT
tabbies
1

Forfeiture Counsel
Asset Forfeiture Section, DO
Drug Enforcement Administration
HQS Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

CERTIFIED MAIL

7001 1140 0001 1635 3108

EXHIBIT 2

Omar Florez
44 Martin Luther King Jr. Drive
(Trinity Place) Apartment 4
Norwalk, CT 06854

Name
1st Notice
2nd Notice
Return

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Omar Florez
44 Martin Luther King Jr. Drive
(Trinity Place) Apartment 4
Norwalk, CT 06854

## COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 1140 0001 1635 3108

PS Form 3811, July 1999 Domestic Return Receipt

7001 1140 0001 1635 3108

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Omar Florez
c/o Bruce Koffsky/Esq.
1200 Summer Street
Stamford, CT 06905

| | |
|---|---|
| Asset Id: | 02-DEA-[illegible]661 |
| Case Number: | CV-01-0009 |
| Property: | $1,181.00 U.S. Currency |
| Asset Value: | $1,181.00 |
| Seizure Date: | 11/28/01 |
| Seizure Place: | Norwalk, CT |
| Owner Name: | |
| Seized From: | Florez, Omar |
| Judicial District: | District of Connecticut |

**NOTICE MAILING DATE:** January 23, 2002

NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

**TO REQUEST REMISSION OR MITIGATION OF FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **February 27, 2002**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel**, Asset Forfeiture Section, Office of Domestic Operations, Drug **Enforcement Administration, HQS Forfeiture Response**, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to DEA, Office of Domestic Operations, ODA, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WIL[illegible] ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTIO[illegible] IN ARLINGTO[illegible] BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The [illegible] be used with all submissions. Failure to include the Asset ID may cause a delay in processi[illegible]

EXHIBIT
3

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1140 0001 1635 3115

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+ 4*

PS Form 3800, January 2001 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. O. Koya

1. Article Addressed to:

Asset ID: 02-DEA-400691
Omar Florez
c/o Bruce Koffsky/Esq.
1200 Summer Street
Stamford, CT 06905

CV

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*) D Koffsky B. Date of Delivery 1/28

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

7001 1140 0001 1635 3115

647

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

EXHIBIT 4

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Omar Florez, Prisoner ID No. 14478-014
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

| | |
|---|---|
| Asset Id: | [illegible] |
| Case Number: | [illegible] |
| Property: | [illegible] |
| Asset Value: | [illegible] |
| Seizure Date: | [illegible] |
| Seizure Place: | Norwalk, [illegible] |
| Owner Name: | |
| Seized From: | Florez, Omar |
| Judicial District: | District of Connecticut |

NOTICE MAILING DATE: January 23, 2002

NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section [illegible] and Title 19, U.S.C., Sections 1602-1619 procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the [illegible] process are set forth in Title 28, Code of Federal Regulations, Part 9.

TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by February 27, 2002. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section [illegible], a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of [illegible] Operations, Drug Enforcement Administration, HQS Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to DEA, Office of Domestic Operations, DOA, [illegible] Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. [illegible] BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The [illegible] must be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

EXHIBIT
5



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, January 2001 See Reverse for Instructions

7001 1140 0001 1635 3122

EXHIBIT
6



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Jaime Lopez
[illegible] Martin Luther King Jr. Drive
[illegible] Place Apartment 4
Norwalk, CT 06854

| | |
|---|---|
| Asset Id: | [illegible] |
| Case Number: | [illegible] |
| Property: | [illegible] U.S. Currency |
| Asset Value: | [illegible] |
| Seizure Date: | [illegible] |
| Seizure Place: | Norwalk, CT |
| Owner Name: | |
| Seized From: | Florez, Omar |
| Judicial District: | District of Connecticut |

NOTICE MAILING DATE: January [illegible], 2002

NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19 U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **February 27, 2002**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQS Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475.** Correspondence sent via private delivery must be sent to DEA, Office of Domestic Operations, DOA, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIR[GINIA] ... BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset I[D] ... be used with all submissions. Failure to include the Asset ID may cause a delay in processing your ...

EXHIBIT
tabbies
7

Forfeiture Counsel
Asset Forfeiture Section, DO
Drug Enforcement Administration
HQS Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

7001 1140 0001 1635 3139

STAMFORD, CT
PM

Jaime Lopez
44 Martin Luther King Jr. Drive
(Trinity Place) Apartment 4
Norwalk, CT 06854

Att Unknown #4133

X-RAYED AT DEA
BY #5

Name
1st Notice 2-2-02
2nd Notice 2-12-02
Return

EXHIBIT 8

7001 1140 0001 1635 3139

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D. KOYA

1. Article Addressed to:

Jaime Lopez
44 Martin Luther King Jr. Drive
(Trinity Place) Apartment 4
Norwalk, CT 06854

CV

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 1140 0001 1635 3139

PS Form 3811, Domestic Return Receipt 102595-00-M-0952

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001

EE MW SW

LEGAL NOTICES THE WALL STREET JOURNAL MONDAY, FEBRUARY 4, 2002 AL OTICES

# LEGALNOTI
# ATTENTIOI

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, b remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virginia 22202, pu for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C. of the forfeiture proceeding due to hardship. A petition claim, or other correspondenceswill be deemed filed when actually received by the DEA Asset Forfeiture section in Arlington, Virginia. Submission by fa appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities

**FIRST NOTICE**
**LAST DATE TO FILE**
**MARCH 20, 2002**
**PLACE SEIZED, SEIZED FROM,**
**DATE SEIZED**

**DISTRICT OF ARIZONA**
**02-DEA-399618**, 2000 Dodge RAM 1500 Pickup Truck, 1B7HC16Z0YS632177, Whetstone, AZ, Melendez, Ignacio, 11/15/01
**02-DEA-400710**, 1985 Chevrolet C20 3/4 Ton Truck, 1GCGC24M0FS171486, Sells, AZ, Zonnie, Hoskie AKA Zonnie, Haskie, 12/14/01
**02-DEA-400716**, 2001 Toyota Sequoia SR5, 4x4, 5TDBT44A01S010066, Tucson, AZ, Ybarra, Domingo, 12/13/01
**02-DEA-400721**, 1981 Chevrolet C10 Truck, 1GCCC14G8BS119827, Sells, AZ, Salinas, Monique, 12/14/01
**02-DEA-400735**, Ruger MK-2 Handgun, Model P-85 with Magazine, Ser No 30364516, VL: $200.00, Tucson, AZ, Ybarra, Domingo, 12/13/01
**CENTRAL DISTRICT OF CALIFORNIA**
**01-DEA-398305**, (179) Bottles of Pseudoephedrine (8055 grams), VL: $9,000.00, Corona, CA, Forney, Roger, 08/09/01
**01-DEA-398383**, (2,723) Bottles of Pseudoephedrine (122,535 grams), VL: $170,000.00, Corona, CA, Forney, Roger, 08/09/01
**02-DEA-400033**, $13,574.00 U.S. Currency, Los Angeles, CA, Lawson, Todd Bernett, 11/29/01
**02-DEA-400135**, $11,145.00 U.S. Currency, Ontario, CA, McAdoo, Robert Aubrey, 12/10/01
**02-DEA-400137**, $16,500.00 U.S. Currency, Ontario, CA, Yoong, Tiffany Chantal, 12/10/01
**02-DEA-400206**, $52,460.00 U.S. Currency, Placentia, CA, Amas, Amar Ali, 12/09/01
**02-DEA-400231**, $1,574.85 U.S. Currency, Los Angeles, CA, Spencer, Shelton Lee, 12/13/01
**02-DEA-400294**, $9,500.00 U.S. Currency, Los Angeles, CA, Reeves, Antonio, 11/16/01
**02-DEA-400295**, $18,910.00 U.S. Currency, Los Angeles, CA, Gibbs, Michael Anthony, 11/16/01
**02-DEA-400296**, $8,100.00 U.S. Currency, Los Angeles, CA, Washington, Erik Lamar, 11/16/01
**02-DEA-400460**, $2,849.00 U.S. Currency, West Covina, CA, Izazaga, Daniel, 12/06/01
**02-DEA-400461**, $1,400.00 U.S. Currency, West Covina, CA, Rivera, Christian Orlando, 12/06/01
**02-DEA-400466**, $86,919.00 U.S. Currency, West Covina, CA, Unknown, 12/06/01
**02-DEA-400469**, $1,384.00 U.S. Currency, Santa Ana, CA, Concepcion Diaz, Alexander, 12/11/01
**02-DEA-400473**, $15,020.00 U.S. Currency, Signal Hill, CA, Allen, Debra, 12/12/01
**SOUTHERN DISTRICT OF CALIFORNIA**
**02-DEA-400309**, $1,217.00 U.S. Currency, San Diego, CA, Jackson, Tracy Lind, 12/13/01
**02-DEA-400402**, $3,416.00 U.S. Currency, El Cajon, CA, Perez, Bobby John, 12/12/01
**02-DEA-400405**, 1992 Toyota Camry, 4T1SK12EXNU119865, San Clemente, CA, Zavala-Lopez, Oscar, 12/11/01
**02-DEA-400503**, $1,000.00 U.S. Currency, Escondido, CA, Perko, Douglas Anthony, 12/18/01
**02-DEA-400505**, $8,491.00 U.S. Currency, San Diego, CA, Brown, Leoncio A, 12/14/01
**02-DEA-400506**, $5,091.00 U.S. Currency, San Diego, CA, Deleon, Fausto, 12/14/01
**02-DEA-400508**, $2,736.00 U.S. Currency, San Diego, CA, Lepe-Carrasco, Jaime, 12/13/01
**DISTRICT OF CONNECTICUT**
**02-DEA-400661**, $1,181.00 U.S. Currency, Norwalk, CT, Florez, Omar, 11/28/01
**DISTRICT OF COLUMBIA**
**02-DEA-400471**, $8,890.00 U.S. Currency, Washington, DC, Watson, Richard Campbell, 12/17/01
**MIDDLE DISTRICT OF FLORIDA**
**01-DEA-394906**, 2000 Suzuki Motorcycle, GSX1300R Customized JS1GW71A2Y2100592, Daytona Beach, Fl Torrence, Patrick, 06/14/01
**02-DEA-400762**, Assorted Electronic Equipment, VL: $[illegible] (1) Samsung Digital Voice Recorder SVR-[illegible] Ser No [illegible] (2) Saul Mineroff Inc. Wire Microphones SME SDMF [illegible] Ser No [illegible] Saul Mineroff Inc. 1-Microphone SME SDM No Ser No; (1) Sony Foot Control (transcriber) FS-75, No Ser No; (2) Koss Headphones TD-60, No Ser No; (1) Audio

Baltimore, MD, Baker, Kimmer, 12/03/01
**02-DEA-400345**, $12,582.00 U.S. Currency, Baltimore, MD, Campbell, Terrance Phillip AKA Campbell, Thomas Phillip AKA Campbell, Phillip, 12/12/01
**02-DEA-400370**, 2000 Volvo S 80, YV1TS90D3Y1104304, Owings Mills, MD, Abdul-Muhaimin, Karen Nora, 11/15/01
**02-DEA-400381**, Diamond Watch, Rolex Men's Water Imitation Rolex, No Ser No, VL: $5,000.00, Baltimore, MD, Little, Irvin, 11/15/01
**02-DEA-400396**, 1995 Chevrolet Tahoe, 1GNEK13K8SJ450115, Owings Mills, MD, Abdul-Muhaimin, Lawrence and Abdul-Muhaimin, Karen Nora, 11/15/01
**02-DEA-400399**, 1998 Ford F-150, 1FTZX18W9WNB80401, Baltimore, MD, Morgan, Reginald Lamont, 11/15/01
**02-DEA-400423**, 1997 Ford Taurus, 1FALP51U9VA233583, Baltimore, MD, Bouziane, Mohamed, 11/15/01
**02-DEA-400424**, 1992 Acura Integra, JH4DA9445NS033926, Baltimore, MD, Little, Deangela Sherlour, 11/15/01
**02-DEA-400571**, $1,645.00 U.S. Currency, Cecil County, MD, Washington, Michael Delano, 12/17/01
**02-DEA-401124**, Bank of America, Account #3932079753, VL: $5,105.13, Columbia, MD, Cantine Holdings Inc, 11/20/01
**02-DEA-401127**, (3) Provident Bank Accounts, #17067494, #962124003 and #5510015, VL: $28,215.96, Baltimore, MD, Lippman, Harvey, 11/20/01
**EASTERN DISTRICT OF MICHIGAN**
**02-DEA-400551**, Personal Check Converted into $2,000.00 U.S. Currency, Detroit, MI, Unidentified, 12/13/01
**02-DEA-400737**, $21,700.00 U.S. Currency, Bloomfield Hills, MI, Yonan, Eva Hirmiz, 12/16/01
**02-DEA-400742**, $1,210.00 U.S. Currency, Detroit, MI, Yonan, Ala Rahim, 12/16/01
**02-DEA-400879**, $1,375.00 U.S. Currency, Allen Park, MI, Sykes, Harold, 12/19/01
**02-DEA-400898**, Dearborn Federal Credit Union, Account #4005160, VL: $40,224.92, Dearborn, MI, Sykes, Harold, 12/31/01
**02-DEA-400922**, $2,389.00 U.S. Currency, Allen Park, MI, Crenshaw, Michael, 12/19/01
**02-DEA-400924**, 1999 Ford Econoline Van, 1FDRE14W7XHB91647, Allen Park, MI, Sykes, Harold, 12/19/01
**EASTERN DISTRICT OF MISSOURI**
**02-DEA-400266**, $7,850.00 U.S. Currency, St. Louis, MO, Wright, Michael James, 12/06/01
**02-DEA-400267**, $19,380.00 U.S. Currency, Wentzville, MO, Juenger, Joanne and Hernandez, Santiago Vargas, 12/06/01
**02-DEA-400272**, $7,000.00 U.S. Currency, St. Louis, MO, Walker, Andre Lemar, 12/06/01
**02-DEA-400273**, $6,200.00 U.S. Currency, St. Louis, MO, Wright, Christopher Antoine, 12/06/01
**02-DEA-400325**, $1,383.00 U.S. Currency, Maryland Heights, MO, Rander Jr, Thomas, 12/03/01
**02-DEA-400326**, $25,510.00 U.S. Currency, Maryland Heights, MO, Rander Jr, Thomas, 12/03/01
**02-DEA-400328**, $127,800.00 U.S. Currency, Maryland Heights, MO, Longino, Tyrone R, 12/03/01
**02-DEA-400530**, $28,251.00 U.S. Currency, St. Louis, MO, Mays, Bennie AKA King Jr, Shawn Lee and Connor, Marlin, 12/19/01
**02-DEA-400538**, $10,065.00 U.S. Currency, St. Louis, MO, Mays, Bennie AKA King Jr, Shawn Lee, 12/19/01
**MIDDLE DISTRICT OF NORTH CAROLINA**
**02-DEA-400517**, $11,395.00 U.S. Currency, Greensboro, NC, Munger, Harold Kenneth, 12/18/01
**02-DEA-400518**, $2,064.00 U.S. Currency, Greensboro, NC, Munger, Harold Kenneth, 12/18/01
**02-DEA-400548**, $5,320.00 U.S. Currency, McLeansville, NC, Graves, Venise Latanya, 12/18/01
**02-DEA-400555**, $5,015.00 U.S. Currency, Asheboro, NC, Mauricio, Domingo Antonio, 12/18/01
**WESTERN DISTRICT OF NORTH CAROLINA**
**02-DEA-400698**, $8,504.00 U.S. Currency, Statesville, NC, Wiren, Renzel Leroy, 12/19/01
**02-DEA-400995**, [illegible] U.S. Currency, [illegible], NC, [illegible] Cesar Alvarez, [illegible]
**02-DEA-401002**, $[illegible] U.S. Currency, [illegible], NC, [illegible], Patrick Todd, 12/14/01
**DISTRICT OF NEBRASKA**

**02-DEA-400746**, $10,800.00 U.S. Currency, Beverly, OH, Minke, Edward Albert, 12/28/01
**02-DEA-400820**, $6,393.73 U.S. Currency, Columbus, OH, Moyer, James A, 12/13/01
**EASTERN DISTRICT OF PENNSYLVANIA**
**02-DEA-400587**, $18,000.00 U.S. Currency, Philadelphia, PA, Cice, Anthony Howard, 12/02/01
**WESTERN DISTRICT OF PENNSYLVANIA**
**02-DEA-400371**, $2,191.00 U.S. Currency, New Castle, PA, Smith, Christopher D, 12/05/01
**DISTRICT OF PUERTO RICO**
**02-DEA-400436**, $5,533.00 U.S. Currency, Toa Baja, PR, Jordan, Daphne Elecena AKA Charmin, 12/11/01
**02-DEA-400568**, 1994 Toyota 4RD Runner, JT3VN39WXR0160940, San Juan, PR, Zambrano-Rivera, Jennifer, 12/11/01
**02-DEA-400578**, 1998 Dodge RAM PU 3500, 1B7MF336XWJ230228, San Juan, PR, Peralta-Collado, Rafael, 12/11/01
**02-DEA-400630**, 2001 Suzuki Motorcycle, JS1GT74AX12102651, Catano, PR, Santiago-Villafane, Rolando, 12/10/01
**02-DEA-400633**, Smith & Wesson Model 10-6 .38 caliber pistol, Ser No 99652, VL: $350.00, Catano, PR, Rivera-Villegas, Luis, 12/10/01
**02-DEA-400662**, Taurus PT 92 AF 9 mm Caliber, Ser No L80893, VL: $600.00, Isla Verde, PR, Delgado-Hernandez, Ehrick Frankie, 12/10/01
**02-DEA-400671**, $2,480.00 U.S. Currency, Carolina, PR, Reyes-Orosco, Angel, 12/11/01
**02-DEA-400672**, $3,989.00 U.S. Currency, Isla Verde, PR, Delgado-Hernandez, Ehrick Frankie, 12/10/01
**02-DEA-400673**, $3,600.00 U.S. Currency, Catano, PR, Santiago-Villafane, Rolando, 12/10/01
**DISTRICT OF SOUTH CAROLINA**
**02-DEA-399647**, $133,295.00 U.S. Currency, Aiken, SC, Hall Jr, Nathaniel Robert AKA White, Brandon, 11/27/01
**02-DEA-400789**, $238,349.00 U.S. Currency, St. George, SC, Cruz-Salas, Rafael Angel, 12/14/01
**DISTRICT OF SOUTH DAKOTA**
**02-DEA-400252**, S&W 15-3 Pistol .38 Caliber, Ser No 18K3852, VL: $1.00, Sturgis, SD, Smith, Devern, 11/29/01
**02-DEA-400463**, $2,901.00 U.S. Currency, Sturgis, SD, Smith, Devern, 11/29/01
**MIDDLE DISTRICT OF TENNESSEE**
**02-DEA-400588**, $11,690.00 U.S. Currency, Nashville, TN, Marshall, Delroy Anthony, 12/17/01
**SOUTHERN DISTRICT OF TEXAS**
**02-DEA-399734**, Heckler & Koch USP Compact .40 S&W Handgun, Ser No 26-034812, VL: $365.00, Houston, TX, Shen, Yue-Tong William, 11/15/01
**02-DEA-399833**, $1,430.00 U.S. Currency, Houston, TX, Shen, Yue-Tong William, 11/15/01
**02-DEA-399991**, 1995 Utility Trailer, 1UYVS2538SM469235, Falfurrias, TX, Zelek, Jacek, 12/04/01
**02-DEA-400647**, 1992 Nissan Sentra, 1N4EB31P6NC821418, Falfurrias, TX, Urbina, Maria Rachel, 12/22/01
**02-DEA-400654**, 1998 Ford Expedition XLT, 1FMPU18L1WLA82136, Falfurrias, TX, Monge-Pinargotty, Luis Alberto, 12/21/01
**02-DEA-400665**, 1997 Sooner Trailer, 48HS2021W1080653, Falfurrias, TX, Ozuna Jr, Noe Javier, 12/23/01
**02-DEA-400670**, 1995 Freightliner Tractor, 1FUYDZYB0SH630065, Falfurrias, TX, Flores Jr, Jose Homero, 12/23/01
**02-DEA-400678**, 1987 Timpe Trailer, 1TDR48020HB064664, Falfurrias, TX, Flores Jr, Jose Homero, 12/23/01
**02-DEA-400778**, $3,033.00 U.S. Currency, Corpus Christi, TX, Rodriguez, Pedro, 12/11/01
**02-DEA-400788**, $1,000.00 U.S. Currency, Corpus Christi, TX, Hernandez, Yolanda, 12/11/01
**WESTERN DISTRICT OF TEXAS**
**02-DEA-400093**, $14,962.00 U.S. Currency, Desert Haven, TX, Harper, Brett Michael, 12/08/01
**02-DEA-400342**, $1,261.00 U.S. Currency, Fort Hancock, TX, Gomez-Ortiz, Moises, 12/11/01
**02-DEA-400364**, $2,320.00 U.S. Currency, Austin, TX, Arnold, David R, 11/15/01
**02-DEA-400455**, Smith & Wesson Model 59, 9mm Caliber Semi-auto Handgun with magazine & [illegible] rounds, Ser [illegible], VL: $150.00, Fort Hancock, TX, Duarte Salterrana, Andres and Araujo-Imperial, Alfonso, 12/11/01
**02-DEA-400560**, 1996 Freightliner Semi-tractor, 1FUYDXYBXTL797715, Desert Haven, TX, [illegible], Brett Michael, 12/08/01

**02-DEA-400128**, 1994 Honda Shadow VT1100C Motorcycle, 1HFSC1812RA804333, Chula Vista, CA, Anguiano, Jesus Toledo, 11/29/01
**02-DEA-400130**, $2,700.00 U.S. Currency, San Diego, CA, Parra, Ernesto Hernandez, 12/04/01
**02-DEA-400136**, $2,533.00 U.S. Currency, Spring Valley, CA, Sanchez-Loza, Diana AKA Loza, Diana Sanchez, 11/29/01
**02-DEA-400286**, $7,943.00 U.S. Currency, San Diego, CA, Luna, Florinda, 12/10/01
**02-DEA-400306**, $7,650.00 U.S. Currency, San Diego, CA, Dixon, Jeffrey Samuel, 12/11/01
**02-DEA-400312**, $10,479.00 U.S. Currency, San Diego, CA, Luna, Lilia, 12/10/01
**02-DEA-400313**, $2,800.00 U.S. Currency, San Diego, CA, Williams, Regina Zelda, 12/11/01
**DISTRICT OF COLORADO**
**02-DEA-400199**, $6,000.00 U.S. Currency, Basalt, CO, Tapia-Torres, Gabriel, 11/20/01
**02-DEA-400242**, Hydroponic marijuana cultivation equipment, VL: $1,000.00, No Ser Nos: (1) High pressure sodium bulb in a hood with ballast; (3) black "blizzard fan"; (2) Squirrel fan; (3) Duracraft fan; (1) 3' flourescent light; (1) 4' flourescent light; (2) timers; (3) power strips; (1) metal halide light with hood and ballast; (1) 18' flourescent light; (1) metal halide bulb; (1) green water container; (1) high pressure sodium bulb; (1) roll of black plastic; (1) yellow plastic sprayer; (2) small fans; (2) extension cords; (1) "High Times" magazine; (2) fans; (1) roll of silver plastic, Denver, CO, Latronico, John, 11/09/01
**MIDDLE DISTRICT OF FLORIDA**
**01-DEA-400115**, 1999 Chevrolet Suburban, 3GNFK16R6XG118163, Miami, FL, Diaz, Ricardo, 04/27/01
**02-DEA-400080**, $1,829.00 U.S. Currency, Neptune Beach, FL, Cagle, Christian Holmes, 12/06/01
**02-DEA-400089**, $8,112.17 U.S. Currency, Sanford, FL, Wolfgramm, Noula, 12/01/01
**02-DEA-400362**, $11,200.00 U.S. Currency, Live Oak, FL, Guyton, John Kipling AKA Guyton, Kip, 11/27/01
**02-DEA-400591**, $191,920.00 U.S. Currency, Oviedo, FL, Shepherd-Martin, Diana and Martin, Christopher Lane, 12/03/01
**02-DEA-400620**, $5,537.00 U.S. Currency, Oviedo, FL, Martin, Christopher Lane, 12/03/01
**NORTHERN DISTRICT OF FLORIDA**
**02-DEA-400040**, $2,711.00 U.S. Currency, Hawthorne, FL, McDuffie, James Leonard AKA Hutchinson, James, 12/05/01
**SOUTHERN DISTRICT OF FLORIDA**
**02-DEA-400185**, $29,000.00 U.S. Currency, Sunny Isles, FL, Linsen, Orel Denys, 12/03/01
**02-DEA-400209**, $32,900.00 U.S. Currency, Lauderhill, FL, Adderley, Raymond W, 11/27/01
**02-DEA-400557**, $6,791.00 U.S. Currency, Hollywood, FL, Reed, Stewart, 12/20/01
**02-DEA-400617**, $47,800.00 U.S. Currency, Sunrise, FL, Cover, Eloy A, 11/30/01
**02-DEA-400643**, $1,526.00 U.S. Currency, Sunrise, FL, Saugh, Lloyd D, 11/30/01
**02-DEA-400645**, $1,030.00 U.S. Currency, Sunrise, FL, Cover, Eloy A, 11/30/01
**02-DEA-400646**, $22,990.00 U.S. Currency, Port Everglades, FL, Najera, Enciso R and Castro Escarraman, Felipe, 11/30/01
**02-DEA-400648**, $1,200.00 U.S. Currency, Port Everglades, FL, Alcala Dominguez, Jose, 11/30/01
**02-DEA-400651**, $3,000.00 U.S. Currency, Port Everglades, FL, Nieva Rodrigues, Miguel and Cortes Suastegi, Baldemar, 11/30/01
**02-DEA-400652**, $12,040.00 U.S. Currency, Port Everglades, FL, Edwards, Oswald, 11/30/01
**NORTHERN DISTRICT OF GEORGIA**
**02-DEA-399507**, $72[illegible] Atlanta, GA, Da Cost[illegible] 11/09/01
**02-DEA-400349**, $22[illegible] Hapeville, GA, Malon[illegible] 12/13/01
**02-DEA-400441**, $1[illegible] Atlanta, GA, Maguire[illegible] Critter, 12/06/01
**02-DEA-401122**, 20[illegible] 1FDAF[illegible] [illegible]
**DISTRICT OF HAWAII**
**02-DEA-399216**, (2) American Savings Bank Accounts, VL: $[illegible], (1) Checking Account #0020457890; (1) CD Money Market Account #3000058194, Hilo, HI, [illegible], William A and Olson, William F

11/14/01
**02-DEA-399636**, $14,400.00 U.S. C[illegible] Bloomington, MN, Kelley, John Mc[illegible] 11/14/01
**EASTERN DISTRICT OF MISSOU[illegible]**
**02-DEA-400187**, $6,600.00 U.S. C[illegible] St. Louis, MO, Bishop, Rashad Isa[illegible] 12/04/01
**02-DEA-400558**, $1,100.00 U.S. C[illegible] Hannibal, MO, Anderson, Debra, 1[illegible]
**MIDDLE DISTRICT OF NORTH C[illegible]**
**02-DEA-400260**, $1,779.00 U.S. C[illegible] Lexington, NC, James, Ernanuel C[illegible] 12/12/01
**02-DEA-400318**, $2,505.00 U.S. C[illegible] Walnut Cove, NC, Hairston, Steve[illegible] 12/13/01
**02-DEA-400403**, $1,743.00 U.S. C[illegible] Greensboro, NC, Coulee, Derwin [illegible] 12/13/01
**02-DEA-400576**, $4,570.00 U.S. C[illegible] Greensboro, NC, Corbin, Joseph [illegible] AKA Corbin, Darnell Lee, 12/04/0[illegible]
**WESTERN DISTRICT OF NORT[illegible] CAROLINA**
**02-DEA-400514**, $5,600.00 U.S. [illegible] Charlotte, NC, Rush, Michael Ben[illegible] 12/11/01
**02-DEA-400521**, $2,440.00 U.S. [illegible] Charlotte, NC, Meeks, Herman D[illegible] 12/13/01
**DISTRICT OF NEBRASKA**
**02-DEA-399942**, $98,007.00 U.S[illegible] Omaha, NE, Walker, Jimmie, 11/[illegible]
**02-DEA-400180**, $820.86 U.S. C[illegible] Omaha, NE, Mallari, Julmar, 12/[illegible]
**DISTRICT OF NEW JERSEY**
**02-DEA-400417**, $7,100.00 U.S. [illegible] Newark, NJ, Serna, Claudia, 12/1[illegible]
**02-DEA-400425**, $1,400.00 U.S. [illegible] Newark, NJ, Luna, Alex, 12/10/0[illegible]
**02-DEA-400470**, $3,400.00 U.S. [illegible] Parsippany, NJ, Quinteros, Bern[illegible] Quinteros, Benny, 12/07/01
**02-DEA-400765**, $4,880.00 U.S. [illegible] West New York, NJ, Puerta, Hec[illegible] 11/14/01
**02-DEA-400767**, $3,000.00 U.S. [illegible] Jersey City, NJ, Moscoso, Wellr[illegible] 11/14/01
**EASTERN DISTRICT OF NEW [illegible]**
**02-DEA-399715**, $9,885.00 U.S [illegible] Queens, NY, Wright, Raki, 11/1[illegible]
**02-DEA-400251**, $1,500.00 U.S [illegible] Ozone Park, NY, Trinidad, Ange[illegible]
**02-DEA-400302**, $6,000.00 U.S [illegible] Ozone Park, NY, Trinidad, Ange[illegible]
**NORTHERN DISTRICT OF NE[illegible]**
**02-DEA-400097**, $1,600.00 U.S [illegible] Endicott, NY, Ronnie, Matthew [illegible] Martin, Al, 12/04/01
**02-DEA-400106**, $1,050.00 U.S [illegible] Watertown, NY, Givens, Al A, 1[illegible]
**SOUTHERN DISTRICT OF NE[illegible]**
**02-DEA-400114**, $1,245.00 U.S [illegible] New York, NY, Williams, Lydell, [illegible]
**02-DEA-400387**, $9,688.00 U.S [illegible] New York, NY, Echeverry, Fab[illegible]
**WESTERN DISTRICT OF NEW [illegible]**
**02-DEA-400051**, $1,140.00 U.S [illegible] Rochester, NY, Butler, Shawn [illegible]
**02-DEA-400063**, $7,520.00 U.S [illegible] Rochester, NY, Rivera, Alexis [illegible] 11/30/01
**02-DEA-400103**, $50,890.00 U[illegible] Henrietta, NY, Morris, Michael, [illegible]
**02-DEA-400468**, $4,320.00 U.S [illegible] West Seneca, NY, Korzkowski, [illegible] 12/03/01
**NORTHERN DISTRICT OF O[illegible]**
**02-DEA-400248**, $93,023.00 U[illegible] Northwest, OH, Brim, Lashan [illegible] Michael M, 12/05/01
**02-DEA-400380**, Intratec AB-1[illegible] Handgun with Magazines and [illegible] Vest, Ser No AO44149, VL: $2[illegible] Youngstown, OH, Calhoun, Ca[illegible] Anthony AKA Calhoun, Carlos [illegible]
**02-DEA-400388**, $2,631.00 U[illegible] Northwest, OH, Thomas, Mich[illegible]
[illegible]
**02-DEA-400684**, [illegible]
**02-DEA-400703**, [illegible]

EXHIBIT
tabbies
9

# LEGAL N[...]
# ATTEN[...]

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Sect[...] remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virginia[...] for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the DEA pursuant to Title [...] of the forfeiture proceeding due to hardship. A petition claim, or other correspondenceswill be deemed filed when actually received by the DEA Asset Forfeiture section in Arlington, Virginia. Submis[...] appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

**FIRST NOTICE**
**LAST DATE TO FILE**
**MARCH 27, 2002**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
**02-DEA-399691,** $6,048.00 U.S. Currency, Anchorage, AK, Zapata, Jose AKA Robero, Dino AKA Zapata-Padilla, Jose, 11/23/01
**02-DEA-399692,** $84,000.00 U.S. Currency, Anchorage, AK, Zapata, Jose AKA Robero, Dino AKA Zapata-Padilla, Jose, 11/23/01
**02-DEA-400366,** 1997 Grand Cherokee Jeep, 1J4GZ58S2VC712615, Anchorage, AK, Garcia, Magali AKA Marroqui, Margali, 12/13/01
**MIDDLE DISTRICT OF ALABAMA**
**02-DEA-401106,** $10,075.00 U.S. Currency, Montgomery, AL, Thomas, Richmond Lee, 12/14/01
**02-DEA-401111,** $2,040.00 U.S. Currency, Montgomery, AL, Wilson, Courtney, 12/14/01
**02-DEA-401129,** $1,514.00 U.S. Currency, Montgomery, AL, Thomas, Richmond Lee, 12/14/01
**02-DEA-401132,** $8,900.00 U.S. Currency, Abbeville, AL, Kenmerlin, Maurice, 12/29/01
**SOUTHERN DISTRICT OF ALABAMA**
**02-DEA-400012,** $3,028.00 U.S. Currency, Mobile, AL, Neely III, Peter McNeil AKA Neely, Neil, 11/29/01
**02-DEA-400856,** $14,750.00 U.S. Currency, Bay Minette, AL, Mitchell, Nat Rampy, 12/16/01
**DISTRICT OF ARIZONA**
**02-DEA-399682,** $9,760.00 U.S. Currency, Phoenix, AZ, Unknown, 11/19/01
**02-DEA-400223,** Rossi Model 971 .357 Caliber Revolver, Ser No P107199, VL: $125.00, Huachuca City, AZ, Holman, Gary, 11/19/01
**02-DEA-400763,** 1992 Harley Davidson Motorcycle, 1HD1EAL18NY124850, Gilbert, AZ, Juvenile 1 and Juvenile 2, 12/16/01
**02-DEA-400780,** Assorted Weapons, VL: $1,650.00, (1) Winchester Model 1300 defender, 12 gauge shotgun pump, Ser No L2984485; (1) Colt Model gold cup trophy, .45 Caliber with 2 magazines, Ser No GCT08908; (1) Colt Model gold cup national match, .45 Caliber with 2 magazines, Ser No FN23813; (1) Taurus Model 357 Magnum, Ser No OD52740; (1) Glock model 17, 9mm with 2 magazines and holster, Ser No DUW568, Gilbert, AZ, Juvenile 1 and Juvenile 2, 12/16/01
**02-DEA-400781,** $57,600.00 U.S. Currency, Gilbert, AZ, Juvenile 1 and Juvenile 2, 12/16/01
**CENTRAL DISTRICT OF CALIFORNIA**
**02-DEA-399840,** $83,502.00 U.S. Currency, Commerce, CA, Maali, Moaid S, 11/20/01
**02-DEA-400029,** $184,955.00 U.S. Currency, Adelanto, CA, Alarrabiyyat, Ibraham, 12/04/01
**02-DEA-400358,** $80,000.00 U.S. Currency, Riverside, CA, Ochoa, Maria Eugenia, 12/13/01
**02-DEA-400359,** $10,000.00 U.S. Currency, Riverside, CA, Ochoa, Maria Eugenia, 12/13/01
**02-DEA-400406,** $33,000.00 U.S. Currency, Los Angeles, CA, Benitez, Jaime Bonilla, 12/04/01
**02-DEA-400501,** 1998 Lincoln Navigator, 5LMRU2762WLJ19367, Santa Ana, CA, Unknown, 12/18/01
**EASTERN DISTRICT OF CALIFORNIA**
**02-DEA-400365,** $2,000.00 U.S. Currency, Selma, CA, Garcia, Froilan Tena, 12/12/01
**02-DEA-400428,** $4,745.00 U.S. Currency, Fresno, CA, Meyer, Thomas Beckwith, 12/13/01
**02-DEA-400430,** $2,574.00 U.S. Currency, Fresno, CA, Marin, Araceli, 12/12/01
**02-DEA-400433,** Wells Fargo Bank, Account #620-0270288, VL: $50,074.83, Fresno, CA, Meyer, Thomas Beckwith, 12/13/01
**02-DEA-400456,** 1996 Toyota Tacoma Pick Up, 4TAVL52N7TZ220220, Fresno, CA, Meyer, Thomas Beckwith, 12/13/01
**NORTHERN DISTRICT OF CALIFORNIA**
**02-DEA-400459,** $7,558.00 U.S. Currency, Oakland, CA, Millan, Sergio AKA Martinez, Sergio Millan, 11/14/01
**SOUTHERN DISTRICT OF CALIFORNIA**
**02-DEA-399605,** $2,479.00 U.S. Currency, San Diego, CA, Lake, Lloyd Kneyatta, 11/27/01
**02-DEA-400659,** $2,001.00 U.S. Currency, Chula Vista, CA, Gonzalez, Ramona, Chicago, IL, Benitez, Ernesto, 12/27/01
**SOUTHERN DISTRICT OF ILLINOIS**
**02-DEA-398925,** 1997 Kenworth Tractor Trailer Truck, 1XKADR9X1VJ735881, Collinsville, IL, Bobadilla Tovar, Javier, 10/25/01
**02-DEA-398941,** 1994 Stoughton Box Trailer, 1DW1A4826RS897710, Collinsville, IL, Bobadilla Tovar, Javier, 10/25/01
**NORTHERN DISTRICT OF INDIANA**
**02-DEA-399926,** 1989 Lincoln Town Car, 1LNBM81F0KY648582, Hammond, IN, Rivera, Elia, 11/28/01
**02-DEA-400042,** (2) Cashier's Checks, VL: $64,500.00, (1) Michigan City Saving & Loan Cashiers Check #10546, (1) Horizon Bank Cashiers Check #712289, Michigan City, IN, Moore, Stephen P, 12/07/01
**02-DEA-400446,** $1,012.00 U.S. Currency, Hammond, IN, Smith, Deshon A, 12/06/01
**SOUTHERN DISTRICT OF INDIANA**
**02-DEA-400057,** $1,792.00 U.S. Currency, Indianapolis, IN, Crayton, Brian, 12/05/01
**02-DEA-400464,** $1,832.25 U.S. Currency, Indianapolis, IN, Bryant, Pryce W, 12/11/01
**02-DEA-400467,** $3,550.00 U.S. Currency, Indianapolis, IN, Ryan, Chance, 12/11/01
**02-DEA-400483,** $4,024.00 U.S. Currency, Anderson, IN, Jones, Russell, 12/11/01
**02-DEA-400772,** $30,000.00 U.S. Currency, Indianapolis, IN, Garrison, James, 12/07/01
**DISTRICT OF KANSAS**
**02-DEA-400415,** $7,800.00 U.S. Currency, Lincoln, KS, Moreno-Fuentes, Alejandro AKA Lopez-Contreras, Ernesto, 12/14/01
**02-DEA-400480,** $3,804.00 U.S. Currency, Wichita, KS, Henschel, Jason Bell, 12/17/01
**WESTERN DISTRICT OF KENTUCKY**
**02-DEA-400957,** (2) Weapons, VL: $210.00, (1) Unloaded Maverick Mossberg 12-gauge shotgun, model 88, Ser No MV928990G3; (1) Unloaded Model RG 14 S .22 Caliber revolver, Ser No #Z133186, Louisville, KY, Smith Jr, Hubbard L, 12/28/01
**EASTERN DISTRICT OF LOUISIANA**
**02-DEA-399517,** 1998 BMW 740 IL, WBAGJ8327WDM12096, Metairie, LA, Mendez, Juan Carlos, 11/20/01
**02-DEA-399574,** 1995 BMW 318I, 4USCC7327SLA01459, Metairie, LA, Davila, Pedro Luis, 11/20/01
**DISTRICT OF MASSACHUSETTS**
**02-DEA-399787,** Hancock Bank of Mississippi, Check #041603731, VL: $5,719.31, Springfield, MA, Boulanger, Lawrence AKA Berlingen, John T, 11/26/01
**02-DEA-400448,** $1,133.00 U.S. Currency, Wobrun, MA, Disessa, Anthony, 12/12/01
**DISTRICT OF MARYLAND**
**02-DEA-399756,** $123,300.00 U.S. Currency, Baltimore, MD, Lippman, Harvey, 11/20/01
**02-DEA-399757,** $63,083.00 U.S. Currency, Columbia, MD, Cantine, Ena, 11/20/01
**02-DEA-399758,** $20,400.00 U.S. Currency, Baltimore, MD, Richardson, Edwin Willie, 11/20/01
**02-DEA-399759,** $6,265.00 U.S. Currency, Baltimore, MD, Cantine Jr, Marvin Leroy AKA Jones, Mark Marvin, 11/20/01
**02-DEA-399760,** $1,757.00 U.S. Currency, Baltimore, MD, Cantine Jr, Marvin Leroy AKA Jones, Mark Marvin, 11/20/01
**02-DEA-400004,** $3,948.00 U.S. Currency, West Friendship, MD, Goldup, Douglas Stephen, 12/04/01
**02-DEA-400270,** Prince George's Employees Federal Credit Union Accounts, #010132 & #010130, VL: $14,092.57, Upper Marlboro, MD, Spencer, Trent Michael, 11/27/01
**02-DEA-400343,** $3,778.00 U.S. Currency, Reisterstown, MD, Tynes, Jonathan Tremaine, 12/17/01
**02-DEA-400472,** 1998 Infiniti QX4, JNRAR05Y1WW026069, Frederick, MD, Carroll, Anthony, 11/19/01
**02-DEA-400475,** 2000 Honda CBR-600, JH2PC3508YM100701, Frederick, MD, Carroll, Anthony, 11/19/01
**02-DEA-400519,** $4,040.00 U.S. Currency, Baltimore, MD, Valiquet, Andre Michael AKA Valiguet, Andre, 12/18/01
**02-DEA-400565,** $3,156.00 U.S. Currency, Baltimore, MD, Cantareo, Pedro Villanueva AKA Cantarero, Pedro Villanueva, 12/17/01
**02-DEA-400569,** 1998 Ford Mustang, 1FAFP404XWF248624, Baltimore, MD, Quinteros, Benjamin Amaya, 12/17/01
**02-DEA-400570,** $2,662.00 U.S. Currency, Baltimore, MD, Quinteros, Jose Salvador, 12/17/01
**EASTERN DISTRICT OF MICHIGAN**
**01-DEA-390517,** $215,260.00 U.S. [...]
**NORTHERN DISTRICT OF OHIO**
**02-DEA-401072,** 1989 BMW 735I Sedan, WBAGB4312K3213132, Cleveland, OH, Davis, Malik, 01/03/02
**WESTERN DISTRICT OF OKLAHOMA**
**02-DEA-400192,** 1993 Lexus GS300, JT8JS47E7P0031441, Oklahoma City, OK, Harris, Justin, 12/07/01
**DISTRICT OF OREGON**
**02-DEA-400476,** $40,537.00 U.S. Currency, Lebanon, OR, Hanten, Michael Edward, 12/14/01
**WESTERN DISTRICT OF PENNSYLVANIA**
**02-DEA-400382,** $6,045.00 U.S. Currency, New Castle, PA, Smith, Christopher D, 12/05/01
**02-DEA-400389,** 1998 Pontiac Grand Prix SE, 1G2WJ52M9WF336647, New Castle, PA, Smith, Christopher D, 12/05/01
**02-DEA-400411,** Taurus Model PT-101, .40 caliber semi-automatic pistol, Ser No SLC15245D, VL: $190.00, New Castle, PA, McKnight, Demetris, 12/06/01
**DISTRICT OF PUERTO RICO**
**02-DEA-401043,** Assorted Jewelry, No Ser Nos, VL: $43,950.00, (1) Rolex watch; (1) Thick Necklace; (1) Thick Bracelet; (1) XO Bracelet; (1) Gold Bracelet; (1) Citizen Watch; (1) Watch Ring; (1) Big Ring; (1) Crono Watch, Catano, PR, Santiago-Villafane, Rolando, 12/10/01
**MIDDLE DISTRICT OF TENNESSEE**
**02-DEA-400526,** $23,000.00 U.S. Currency, Nashville, TN, Brady, Willie Andra, 12/11/01
**NORTHERN DISTRICT OF TEXAS**
**02-DEA-400256,** 1996 Audi A4, WAUDA88D4TA305601, Dallas, TX, Herrera Sr, Lazaro, 11/27/01
**02-DEA-400265,** 2001 Chevrolet Tahoe, 1GNEC13T61R140485, Dallas, TX, Valverde, Holly, 12/06/01
**02-DEA-400276,** (2) Gold Necklaces, No Ser Nos, VL: $56,250.00, (1) 14k yellow gold 28 in chain with 50 pesos coin mounted in 14k yellow gold diamond bezel with 112 round & baguette diamonds; (1) 10k yellow gold 33 in rope chain with yellow gold saints charm, Dallas, TX, Herrera, Marta, 11/27/01
**02-DEA-400291,** Assorted Jewelry, VL: $390,000.00, (1) 14k white gold diamond necklace and saint's pendant, No Ser No; (1) Gents platinum Rolex oyster perpetual day-date president watch with after market complete diamond band, Ser No W083114/CASE#18946; (1) Gents 18k white gold Cartier auto date tank style diamond watch with diamond bracelet, diamond Dail, Ser No 1741218319CD; (1) Platinum diamond ring with 85 princess cut diamonds & 4 round brilliant diamonds, 1 prong set diamond, No Ser No; (1) Platinum diamond stud earring with 1 prong set round brilliant diamond, No Ser No, Dallas, TX, Herrera Sr, Lazaro, 11/27/01
**02-DEA-400299,** Assorted Jewelry Safe Deposit Box #1105, Bank One Texas NA, VL: $47,173.00, (1) 10k tri color gold bracelet; (1) 10k yellow gold Christ figure with 25 round brilliant diamonds; (1) 10k bangle bracelet; (1) 14k yellow gold elephant bracelet; (1) 10k yellow gold child's bangle bracelet; (1) 10k yellow gold diamond bracelet with 189 round diamond; (1) 30 in. 10k yellow gold rope chain; (1) Ladies 14k yellow gold diamond bracelet with 130 round brilliant diamonds; (1) Gold plated Geneva quartz watch with small diamonds; (1) Ladies 14k yellow/white gold diamond bracelet with 180 round brilliant diamonds; (1) 14k yellow gold 21 in. Figaro chain with "Raul" charm; (1) 14k yellow gold diamond bangle bracelet with 36 round brilliant diamonds; (1) Ladies 10k yellow gold "JUDY" bracelet; (1) 10k yellow gold bracelet; (1) 10k yellow gold bracelet; (1) 10k yellow gold "HERRERA" bracelet; (1) 14k yellow gold diamond bezel with 63 round brilliant diamonds; (1) 10k yellow gold child's bangle bracelet; (1) 18k yellow gold diamond bracelet with 28 princess cut diamonds; (1) 10k yellow gold diamond bracelet with 25 single cut diamonds; (1) 10k yellow gold diamond "M" pendant with 71 round brilliant diamonds; (1) 10k yellow gold tri gold bracelet; (1) 10k yellow gold hoop earring; (1) Ladies 10k yellow gold diamond bracelet w/66; (1) 10k yellow gold bracelet; (1) 10k yellow gold bracelet; (1) 10k yellow gold bracelet with 66 baguette diamonds; (1) 10k yellow gold bracelet; (1) 10k yellow gold ring; (1) 10k yellow gold nugget bracelet; (1) 10k yellow gold "LEXIE" bracelet; (1) 10k yellow gold diamond ring with 50 round brilliant diamonds; (1) 14k [...]
Yakima, WA, Gomez, Martin Bedolla, 12/04/01
**EASTERN DISTRICT OF WISCONSIN**
**02-DEA-399817,** $1,976.00 U.S. Currency, Milwaukee, WI, Paris, Brady, 12/04/01
**02-DEA-399820,** $1,859.00 U.S. Currency, Milwaukee, WI, Allen, Herbert, 12/04/01
**02-DEA-399951,** 1996 Ford Taurus, 1FALP52U1TG289557, Waukesha, WI, McCoy, William, 12/06/01
**02-DEA-399965,** $4,375.00 U.S. Currency, Sheboygan, WI, Neuaone, Somkhith, 12/07/01
**02-DEA-400083,** $3,502.00 U.S. Currency, Milwaukee, WI, Mitchell, Jovanna C, 12/10/01
**02-DEA-400139,** Miscellaneous Electronic Equipment, VL: $9,992.00, (1) Soundbridge Speaker, Ser No 3474008; (1) Soundbridge Speaker, Ser No 3474317; (1) Crow K Amp, Ser No 452976; (1) Harmon/Kardon CD, Ser No LG0001-23527; (1) Denon Receiver, Ser No 9097311176; (1) Numark Mixer, Ser No D0098380; (1) Numark Pro Turntable, No Ser No; (1) Woodworz Speaker, Ser No 001802; (1) Woodworz Speaker, Ser No 001803; (1) Kenwood Speaker, Ser No 50700498; (1) Miscellaneous Extension Cords, Fox Lake, WI, Skinner, John, 11/27/01
**02-DEA-400183,** $4,400.00 U.S. Currency, Kossuth, WI, Marohl, Cory L, 12/06/01
**02-DEA-400331,** $1,015.00 U.S. Currency, Antigo, WI, Guenther, Thomas A, 12/07/01
**WESTERN DISTRICT OF WISCONSIN**
**02-DEA-400264,** $2,217.00 U.S. Currency, LaCrosse, WI, Cornish, Timothy A AKA Perry, David, 12/11/01
**02-DEA-400674,** $1,557.00 U.S. Currency, Fitchburg, WI, Harper, Kevin D, 12/20/01

**SECOND NOTICE**
**LAST DATE TO FILE**
**MARCH 20, 2002**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ARIZONA**
**02-DEA-399618,** 2000 Dodge RAM 1500 Pickup Truck, 1B7HC16Z0YS632177, Whetstone, AZ, Melendez, Ignacio, 11/15/01
**02-DEA-400710,** 1985 Chevrolet C20 3/4 Ton Truck, 1GCGC24M0FS171486, Sells, AZ, Zonnie, Hoskie AKA Zonnie, Haskie, 12/14/01
**02-DEA-400716,** 2001 Toyota Sequoia SR5, 4x4, 5TDBT44A01S010066, Tucson, AZ, Ybarra, Domingo, 12/13/01
**02-DEA-400721,** 1981 Chevrolet C10 Truck, 1GCCC14G8BS119827, Sells, AZ, Salinas, Monique, 12/14/01
**02-DEA-400735,** Ruger MK-2 Handgun, Model P-85 with Magazine, Ser No 30364516, VL: $200.00, Tucson, AZ, Ybarra, Domingo, 12/13/01
**CENTRAL DISTRICT OF CALIFORNIA**
**01-DEA-398305,** (179) Bottles of Pseudoephedrine (8055 grams), VL: $9,000.00, Corona, CA, Forney, Roger, 08/09/01
**01-DEA-398383,** (2,723) Bottles of Pseudoephedrine (122,535 grams), VL: $170,000.00, Corona, CA, Forney, Roger, 08/09/01
**02-DEA-400033,** $13,574.00 U.S. Currency, Los Angeles, CA, Lawson, Todd Bernett, 11/29/01
**02-DEA-400135,** $11,145.00 U.S. Currency, Ontario, CA, McAdoo, Robert Aubrey, 12/10/01
**02-DEA-400137,** $16,500.00 U.S. Currency, Ontario, CA, Young, Tiffany Chantal, 12/10/01
**02-DEA-400206,** $52,400.00 U.S. Currency, Placentia, CA, Arrias, Amar Ali, 12/09/01
**02-DEA-400231,** $1,574.85 U.S. Currency, Los Angeles, CA, Spencer, Shelton Lee, 12/13/01
**02-DEA-400294,** $9,500.00 U.S. Currency, Los Angeles, CA, Reeves, Antonio, 11/16/01
**02-DEA-400295,** $18,910.00 U.S. Currency, Los Angeles, CA, Gibbs, Michael Anthony, 11/16/01
**02-DEA-400296,** $8,100.00 U.S. Currency, Los Angeles, CA, Washington, Erik Lamar, 11/16/01
**02-DEA-400460,** $2,849.00 U.S. Currency, West Covina, CA, Izazaga, Daniel, 12/06/01
**02-DEA-400461,** $1,400.00 U.S. Currency, West Covina, CA, Rivera, Christian Orlando, 12/06/01
**02-DEA-400466,** $86,919.00 U.S. Currency, [...]
Imitation Breitling 2-tone [...] Gentleman's stainless [...] wrist watch containing 1[...] 14k white gold bicycle d[...] gold diamond cross pen[...] cut diamonds with 1 mis[...] tapered baguettes, (1) G[...] white gold wrist watch c[...] princess cut diamonds, [...] Fulton Jr, Stanley, 11/16[...]
**02-DEA-400086,** Colt D[...] Caliber Revolver, Ser N[...] $50.00, New Orleans, L[...] Josh B, 11/16/01
**02-DEA-400142,** Walth[...] Automatic Pistol, Ser N[...] $50.00, New Orleans, [...] Josh B, 11/16/01
**02-DEA-400144,** Char[...] Caliber Revolver, Ser N[...] $50.00, New Orleans, [...] Josh B, 11/16/01
**02-DEA-400195,** $2,3[...] River Ridge, LA, Fulton[...] 11/16/01
**MIDDLE DISTRICT O[...]**
**02-DEA-400886,** 1998 [...] XLT, 1FMRU17LXWL[...] Rouge, LA, Dawkins, [...]
**WESTERN DISTRICT [...]**
**02-DEA-400963,** 1997 [...] 1HGCD7262VA00852[...] Reyes-Gonzalez, Mar[...]
**DISTRICT OF MASS[...]**
**01-DEA-396378,** $99,[...] Raynham, MA, Yeje, [...]
**02-DEA-400831,** $67,[...] Brockton, MA, Ribeiro[...]
**02-DEA-400874,** 199[...] C220, WDBHA22E9T[...] MA, Ribeiro, Fernand[...]
**02-DEA-400878,** 199[...] WBAAM5333XK[...] Ribeiro, Antonio AKA[...]
**DISTRICT OF MARY[...]**
**02-DEA-399921,** $2[...] Baltimore, MD, Sewe[...] AKA Winston, Lenwo[...] 12/03/01
**02-DEA-400035,** $1[...] Baltimore, MD, Bake[...]
**02-DEA-400345,** $1[...] Baltimore, MD, Cam[...] AKA Camplell, Thom[...] Campbell, Phillip, 12[...]
**02-DEA-400370,** 20[...] YV1TS90D3Y1104[...] Abdul-Muhaimin, Ka[...]
**02-DEA-400381,** Di[...] Men's Water Imitatio[...] VL: $5,000.00, Balti[...] 11/15/01
**02-DEA-400396,** 19[...] 1GNEK13K8SJ450[...] Abdul-Muhaimin, La[...] Muhaimin, Karen N[...]
**02-DEA-400399,** 19[...] 1FTZX18W9WNB8[...] Morgan, Reginald L[...]
**02-DEA-400423,** 1[...] 1FALP51U9VA233[...] Bouziane, Mohame[...]
**02-DEA-400424,** 1[...] JH4DA9445NS033[...] Little, Deangela Sh[...]
**02-DEA-400571,** $[...] Cecil County, MD, [...] Delano, 12/17/01
**02-DEA-401124,** B[...] #3932079753, VL [...] MD, Cantine Holdi[...]
**02-DEA-401127,** [...] Accounts, #17067[...] #5510015, VL: $28[...] Lippman, Harvey, [...]
**EASTERN DISTRI[...]**
**02-DEA-400551,** P[...] Converted into $2,[...] Detroit, MI, Uniden[...]
**02-DEA-400737,** $[...] Bloomfield Hills, M[...] 12/16/01
**02-DEA-400742,** $[...] Detroit, MI, Yonan[...]
**02-DEA-400879,** $[...] Allen Park, MI, Syk[...]
**02-DEA-400898,** [...] Union, Account #[...] Dearborn, MI, Syk[...]
**02-DEA-400922,** [...] Allen Park, MI, Cr[...] 12/19/01
**02-DEA-400924,** [...] 1FDRE14W7XHB[...]

National City, CA, Ivester, Donald Edward, 12/18/01
02-DEA-400720, (4) U.S. Postal Money Orders, VL: $2,800.00, Ser Nos 03332262870; 03332262857; 03332262881; 03332262868, National City, CA, Ivester, Donald Edward, 12/18/01
02-DEA-400723, $1,583.00 U.S. Currency, San Diego, CA, Ibanez, Geoffrey Cantong, 12/20/01

**DISTRICT OF CONNECTICUT**

02-DEA-400826, $37,500.00 U.S. Currency, Ledyard, CT, Martino, Ralph, 12/19/01
02-DEA-400829, $2,383.00 U.S. Currency, Ledyard, CT, Martino, Ralph, 12/19/01

**DISTRICT OF COLUMBIA**

02-DEA-400182, 1991 Mercedes Benz 500SL, WDBFA66E9MF022223, Washington, DC, Ponds, Navron, 11/30/01

**DISTRICT OF DELAWARE**

02-DEA-399755, $9,496.00 U.S. Currency, New Castle, DE, Cantine Jr, Marvin Leroy AKA Jones, Mark Marvin, 11/20/01
02-DEA-400650, $225,150.00 U.S. Currency, Smyrna, DE, Grimes III, Earl G, 12/20/01
02-DEA-400658, $184,900.00 U.S. Currency, Bridgeville, DE, Tyre, Michael, 12/20/01
02-DEA-401123, Assorted Jewelry, VL $15,500.00, (1) 14K gold diamond cross, with 32" platinum chain, 11 full cut diamonds, about 2.0 Ct., 63 round diamonds, No Ser No; (1) 14K 2-tone Gents "bike Chain" diamond bracelet, with 72 round diamonds, about 1.0 Ct., No Ser No, (1) 14K gold Lady's diamond bracelet (broken), with 216 baguette diamonds, about 6.5 Ct.; 60 round diamonds, No Ser No; (1) Gents platinum and 18K gold wedding band, with 10 round diamonds, about 1.0 Ct., Ser No NA; (1) 14K gold Gents bracelet watch, with Concord movement, 38 round diamonds, about .50 Ct., model #20-90-544, Ser No 930670, New Castle, DE, Thomas, Tia Sherrelle, 11/19/01

**MIDDLE DISTRICT OF FLORIDA**

02-DEA-400307, 1999 Harley Davidson Motorcycle, 1HD1BTL19XY031665, Orlando, FL, Smith, David, 11/19/01
02-DEA-400410, 1996 Go Devil Alm Boat with motor and Trailer, (1) 1996 Go Devil Alm Boat, Ser No 1924436; (1) 2000 Honda Motor, Model #BF25AYSRSA, No Ser No, (1) 2001 Boat Trailer, No Ser No., Orlando, FL, Smith, David, 11/19/01
02-DEA-400622, 1999 Ford F-350 Truck, 1FTSW31F3XEB46837, Orlando, FL, Smith, David, 11/19/01
02-DEA-400634, $9,000.00 U.S. Currency, Bushnell, FL, Head, Patrick Iain and Canellis, Peter George, 12/13/01
02-DEA-400811, $2,000.00 U.S. Currency, Bushnell, FL, Canellis, Peter George, 12/13/01
02-DEA-400906, $20,050.00 U.S. Currency, St. Augustine, FL, Lamas, Richard Noring, 12/12/01

**NORTHERN DISTRICT OF FLORIDA**

02-DEA-400392, 1999 Ford F-150 Pickup, 1FTZF172XXKB06229, Pensacola, FL, Campbell, Jason Diaz, 12/12/01

**SOUTHERN DISTRICT OF FLORIDA**

02-DEA-400793, $6,951.00 U.S. Currency, Hallandale, FL, Faison, Sharlotte, 12/18/01
02-DEA-400803, $10,112.00 U.S. Currency, Hallandale, FL, James, Amos King, 12/18/01
02-DEA-400806, $19,000.00 U.S. Currency, Hallandale, FL, James, Amos King and Fentley, Sean A and Faison, Sharlotte, 12/18/01
02-DEA-400891, $6,892.00 U.S. Currency, Miami, FL, Rios, Pablo, 11/19/01

**NORTHERN DISTRICT OF GEORGIA**

02-DEA-401096, $109,245.00 U.S. Currency, Greenville, GA, Morgan, J.R. and Smith, Christopher Deshawn, 12/28/01
02-DEA-401100, $4,200.00 U.S. Currency, Greenville, GA, Morgan, J.R., 12/28/01

**NORTHERN DISTRICT OF IOWA**

02-DEA-400450, $13,613.00 U.S. Currency, Sioux City, IA, Hodgins, Bruce K, 12/13/01

**NORTHERN DISTRICT OF ILLINOIS**

02-DEA-400308, $1,504.00 U.S. Currency, Calumet City, IL, Spann, James D, 11/28/01
02-DEA-400421, $14,400.00 U.S. Currency, Chicago, IL, Rosamira, Carlos, 12/09/01
02-DEA-400449, $6,110.00 U.S. Currency, Chicago, IL, Alvarez, Jorge A, 12/09/01
02-DEA-400454, $13,369.00 U.S. Currency, Chicago, IL, Sandoval, Elmer, 12/09/01
02-DEA-400535, 1989 Mercury Cougar, 1MEPM6044KH674650, Calumet City, IL, Herrera, Francisco and Herrera, Enedelia Zambrana, 12/11/01
02-DEA-400540, 1995 Kenworth Semi-Tractor, 1XKWDB9X8SS665136, Chicago, IL, Villarreal, Roel, 12/07/01
02-DEA-400688, 1995 Mercedes Benz, WDBGA51EXSA258721, Chicago, IL, Romero, Roberto, 11/20/01
02-DEA-400731, 1996 Plymouth Grand Voyager SE, 1P4GP44RXTB266706, Chicago, IL, Aguirre-Lopez, Jose, 11/20/01
02-DEA-400732, $7,000.00 U.S. Currency, Chicago, IL, Romero, Roberto, 11/20/01
02-DEA-400736, $1,525.49 U.S. Currency, Chicago, IL, Romero, Roberto, 11/20/01
02-DEA-400773, $20,500.00 U.S. Currency,

Woodson Terrace, MO, Williams, Janet, 12/17/01
02-DEA-400537, $1,449.00 U.S. Currency, St. Louis, MO, Ries Jr, Jerry Wayne, 12/17/01

**SOUTHERN DISTRICT OF MISSISSIPPI**

02-DEA-400346, Glock Model 26 9mm Handgun, Ser No DUE423US, VL: $500.00, Richland, MS, Smith III, L.B., 12/10/01

**EASTERN DISTRICT OF NORTH CAROLINA**

02-DEA-400807, $91,384.50 U.S. Currency, Middlesex, NC, Powell, James Devon and Powell, Lora Hudson, 11/25/01
02-DEA-400813, 1998 Chevrolet C1500 Extended Cab Pickup, 2GCEC19R6W1238677, Middlesex, NC, Powell, James Devon, 11/25/01
02-DEA-401001, $5,806.00 U.S. Currency, Fayetteville, NC, Capriato, Angelo Michael, 11/21/01
02-DEA-401006, $5,000.00 U.S. Currency, Fayetteville, NC, Capriato, Angelo Michael, 11/21/01
02-DEA-401010, $1,785.00 U.S. Currency, Wilmington, NC, Gilroy, Andrea Frances, 11/23/01
02-DEA-401025, $237,930.00 U.S. Currency, Rowland, NC, Giraldo, Carlos Alfredo and Giraldo, Mirra Pilar, 12/17/01
02-DEA-401035, 1996 Chrysler Town and Country Van, 1C4GP64L5TB178206, Edner Jr, Michael AKA Edner Jr, Michel AKA Wheelie AKA Duckelson, Duval, 12/10/01
02-DEA-401282, $6,008.00 U.S. Currency, Henderson, NC, Gray, Sheila Woods, 12/19/01

**MIDDLE DISTRICT OF NORTH CAROLINA**

02-DEA-400728, 1989 Chevrolet Allegro RV, 1GBKP37W8K3303033, Graham, NC, Rubio, Pedro Serrano, 11/19/01
02-DEA-400782, $2,570.00 U.S. Currency, Greensboro, NC, Muhammad, Walter Lee Rajai AKA Muhammed, Walterlee Rajai, 12/27/01

**DISTRICT OF NEW HAMPSHIRE**

02-DEA-400760, $2,888.00 U.S. Currency, Nashua, NH, Dutrisac, Ronald, 12/20/01
02-DEA-400784, $716.00 U.S. Currency, Nashua, NH, Tirrell, Rock Howard, 12/20/01
02-DEA-401008, $16,400.00 U.S. Currency, Amherst, NH, Dipersia, Michael J, 01/03/02
02-DEA-401120, 1998 Nissan Altima, 1N4DL01D6WC107030, Salem, NH, Santana, Jose, 12/12/01

**DISTRICT OF NEW JERSEY**

02-DEA-398553, $2,000.00 U.S. Currency, Bloomsbury, NJ, Rodriguez, Miguel Lazaro, 10/26/01
02-DEA-400666, $7,162.00 U.S. Currency, Piscataway, NJ, Maullon, Francisco AKA Lnu, Javier, 12/13/01

**DISTRICT OF NEW MEXICO**

02-DEA-400725, $12,500.00 U.S. Currency, Albuquerque, NM, Moriel, Victor Manuel, 12/18/01
02-DEA-400792, $22,930.00 U.S. Currency, Albuquerque, NM, Hanlon, Robert Louis, 12/20/01

**EASTERN DISTRICT OF NEW YORK**

01-DEA-394852, 1998 Toyota Camry, 4T1BG22K4WU325228, Melville, NY, Liranzo-Feliz, Juan Antonio, 07/14/01
02-DEA-400085, 2000 Ford Taurus, 1FAFP55U8YA246190, Queens, NY, Gomez, Jose A, 11/28/01
02-DEA-400138, $8,082.00 U.S. Currency, Laurelton, NY, Walters, Adrine, 11/27/01
02-DEA-400194, 1995 Mitsubishi Galant Sedan, 4A3AJ46G4SE187081, Maspeth, NY, Delvalle, Augustine, 11/19/01
02-DEA-400245, 1997 Ford Expedition, 1FMFU18L7VLA23117, Maspeth, NY, Delvalle, Augustine, 11/19/01
02-DEA-400390, $14,980.00 U.S. Currency, Queens, NY, Gomez, Jose A, 11/28/01

**NORTHERN DISTRICT OF NEW YORK**

02-DEA-400899, $1,581.00 U.S. Currency, Schenectady, NY, Hilts, Haywood and Toomer, Jamie, 12/19/01

**SOUTHERN DISTRICT OF NEW YORK**

02-DEA-400949, $45,989.00 U.S. Currency, New York, NY, Jimenez, Yensi, 12/16/01
02-DEA-401304, $2,800.00 U.S. Currency, Bronx, NY, Lugo, Eric, 12/04/01

**WESTERN DISTRICT OF NEW YORK**

02-DEA-400579, $7,165.00 U.S. Currency, Rochester, NY, Adams, Robert, 11/29/01
02-DEA-400836, $1,035.00 U.S. Currency, Rochester, NY, Brown, Nathan, 12/20/01
02-DEA-400847, $1,225.00 U.S. Currency, Buffalo, NY, Hernandez, Jose A, 12/17/01
02-DEA-400876, $2,194.00 U.S. Currency, Rochester, NY, Ramirez, Yeni Marie, 11/28/01
02-DEA-400880, $6,757.00 U.S. Currency, Rochester, NY, Ramirez, Rafael Augusto, 11/28/01
02-DEA-400882, $1,060.00 U.S. Currency, Rochester, NY, Coley, Kenny AKA Head, 12/13/01
02-DEA-400883, $1,373.00 U.S. Currency, Rochester, NY, Perez, Nitza Elizabeth, 11/28/01
02-DEA-400896, $1,050.00 U.S. Currency, Rochester, NY, Martinez, Jhonny, 11/28/01
02-DEA-400901, $17,808.00 U.S. Currency, Rochester, NY, Nunez, Leocadio, 11/28/01
02-DEA-400925, $1,209.00 U.S. Currency, Rochester, NY, Soto, Rosa Yvette, 11/28/01

ring; (1) 14k yellow gold diamond ring with 20 round brilliant diamonds; (1) 10k yellow gold ring; (1) 10k yellow gold ring; (1) 10k yellow gold ring; (1) 14k yellow/white elephant diamond ring with 18 single cut diamonds; (1) 10k yellow gold baby ring; (1) 14k yellow gold "RAUL" ; (1) 10k yellow gold black onyx ring; (1) 14k yellow gold heart ring; (1) 10k yellow gold elephant ring with small diamonds; (1) 10k yellow gold horse ring; (1) 10k multicolored stone mother's ring; (1) 10k yellow gold black onyx ring; (1) 10k yellow gold "SCORPIO" ring; (1) 10k yellow gold "SCORPIO" ring; (1) 10k yellow gold "SCORPIO" ring; (1) 10-14k yellow gold bracelet "SCRAPS"; (1) 10k yellow gold partial bracelet; (1) 10k yellow gold "HERRERA" bracelet; (1) 2 pesos coin set in 10k yellow gold diamond bezel; (1) Base metal saint's pendant; (1) 10k yellow gold nugget pendant with 1 round brilliant diamond; (1) 14k yellow gold Dolphin charm with diamond eye; (1) 14k yellow gold "friend" charm; (1) 14k yellow anchor charm; (1) black onyx brooch with diamond set "R" with 31 round brilliant diamonds; (1) 10k yellow gold hoop earrings; (1) 14k yellow gold diamond hoop earrings with 40 round brilliant diamonds; (1) 10k yellow gold hoop earrings; (1) 10k yellow gold boxing glove charm; (1) 14k yellow gold clear synthetic stone earrings; (1) 10k yellow gold black onyx ring; (1) 10k yellow gold cartoon earrings; (1) 10k yellow gold Jesus charm; (1) 10k hoop earring; (1) 10k yellow gold hoop earring, Dallas, TX, Herrera, Raul, 11/28/01

**SOUTHERN DISTRICT OF TEXAS**

02-DEA-400592, 1996 Chrysler Cirrus, 1C3EJ56H8TN300636, Falfurrias, TX, Castillo, Flor Teresa, 12/20/01
02-DEA-400724, $1,268.00 U.S. Currency, McAllen, TX, Pena, Eduardo, 12/14/01
02-DEA-400726, Bryco Arms, Jennings Model 9, 9mm Handgun, Ser No 1397860, VL: $600.00, McAllen, TX, Pena, Eduardo, 12/14/01
02-DEA-400794, 1993 Mercury Villager GS, 4M2DV11W4PDJ47298, Falfurrias, TX, Campos-Castrejon, Guillermo, 12/31/01
02-DEA-400808, $8,588.34 U.S. Currency, Laredo, TX, Rozek, Ronald Richard, 12/30/01
02-DEA-400809, $3,380.88 U.S. Currency, Laredo, TX, Laframboise, Brent Anthony, 12/30/01
02-DEA-400875, 2000 Mercury Sable, 1MEFM53S9YG634563, Houston, TX, Olivares, Martin Alvarez, 11/27/01
02-DEA-400885, 2000 Chevrolet Astra, W0LTG2234Y5310337, Houston, TX, Olivares, Martin Alvarez, 11/27/01
02-DEA-400908, 1999 Ford Taurus SE, 1FAFP53U5XA304209, Baytown, TX, Valdez, Raul Fernandez, 11/27/01
02-DEA-400932, 2000 Hyundai Elantra, KMHJF35F5YU955684, Houston, TX, Ojeda, Carlos Ruben, 12/15/01
02-DEA-401049, $91,500.00 U.S. Currency, Houston, TX, Villarreal-Pena, Aristeo, 12/10/01
02-DEA-401061, Taurus .44 Caliber Revolver Blue Steel, Serial #LE619187, VL: $225.00, Houston, TX, Chavez-Candelo, Carlos, 11/19/01
02-DEA-401064, $334,955.00 U.S. Currency, Houston, TX, Longorria-Pena, Abel, 12/10/01
02-DEA-401068, Hi Point Arms 9mm JS-9 Single Action with 1 clip, Serial #834422, VL: $140.00, Houston, TX, Colon, Francisco, 11/19/01
02-DEA-401215, $1,488.00 U.S. Currency, Spring, TX, Manning, Latosha Rena, 11/28/01

**WESTERN DISTRICT OF TEXAS**

02-DEA-400705, $99,900.00 U.S. Currency, Odessa, TX, Unidentified, 12/14/01
02-DEA-400751, 1989 Chevrolet Camaro, 1G1FP21EXKL189388, San Antonio, TX, Flores, Daniel Tijerina, 12/11/01
02-DEA-400779, (3) Oil Paintings by artist George Sumner, VL: $35,000.00, (1) Title: Mother whale and baby whale by George Sumner 1983; (1) Title: Kissing dolphins by George Sumner 1983; (1) Title: Summer Daze by George Sumner 1986, San Antonio, TX, Flores, Daniel Tijerina, 12/11/01

**EASTERN DISTRICT OF VIRGINIA**

02-DEA-400515, $14,900.00 U.S. Currency, Alexandria, VA, Vafaeian-Shahmirzadi, Soraji, 12/14/01
02-DEA-400516, $15,500.00 U.S. Currency, Fairfax, VA, Javid, Khalil, 12/15/01

**DISTRICT OF VERMONT**

02-DEA-399530, $4,610.00 U.S. Currency, Newark, VT, Blodgett, Adam, 11/19/01
02-DEA-399531, $1,305.00 U.S. Currency, Newark, VT, Blodgett, Rick "Ricky", 11/17/01
02-DEA-400003, $1,601.00 U.S. Currency, Rutland, VT, Johnson, Darnell, 11/23/01

**EASTERN DISTRICT OF WASHINGTON**

02-DEA-400432, Marijuana Grow Equipment, VL: $5,090.00, Colville, WA, Christensen, John, 12/05/01
02-DEA-400478, 1996 Ford Taurus, 1FALP52U1TG203261, Yakima, WA, Gomez, Martin Bedolla, 12/04/01
02-DEA-400484, $99,291.00 U.S. Currency,

12/13/01
02-DEA-400402, $3,416.00 U.S. Currency, El Cajon, CA, Perez, Bobby John, 12/12/01
02-DEA-400405, 1992 Toyota Camry, 4T1SK12EXNU113865, San Clemente, CA, Zavala-Lopez, Oscar, 12/11/01
02-DEA-400503, $1,000.00 U.S. Currency, Escondido, CA, Perko, Douglas Anthony, 12/18/01
02-DEA-400505, $8,491.00 U.S. Currency, San Diego, CA, Brown, Leoncio A, 12/14/01
02-DEA-400506, $5,091.00 U.S. Currency, San Diego, CA, Deleon, Fausto, 12/14/01
02-DEA-400508, $2,736.00 U.S. Currency, San Diego, CA, Lepe-Carrasco, Jaime, 12/13/01

**DISTRICT OF CONNECTICUT**

02-DEA-400661, $1,181.00 U.S. Currency, Norwalk, CT, Florez, Omar, 11/28/01

**DISTRICT OF COLUMBIA**

02-DEA-400471, $8,890.00 U.S. Currency, Washington, DC, Watson, Richard Campbell, 12/17/01

**MIDDLE DISTRICT OF FLORIDA**

01-DEA-394905, 2000 Suzuki Motorcycle, GSX1300R Customized, JS1GW71A2Y2100502, Daytona Beach, FL, Torrence, Patrick, 06/14/01
02-DEA-400762, Assorted Electronic Equipment, VL: $8,075.17, (1) Samsung Digital Voice Recorder SVR-S820, Ser No 820E0509707; (2) Saul Mineroff Inc Wire Microphones SME SDMII, No Ser No, (1) Saul Mineroff Inc T-Microphone SME SDM, No Ser No; (1) Sony Foot Control (transcriber) FS-75, No Ser No, (2) Koss Headphones TD-80, No Ser No, (1) Audio Intel Inc 1 Watt Body Transmitter TX91595098, Ser No 0126006, (1) Audio Intel Inc 1/2 Watt Pager Transmitter, Ser No E0139453, (1) Audio Intel Inc 2 Watt Mini-Repeater, Ser No 0145006, (1) Audio Intel Inc 1-4 Antenna for repeater 91262-01K, No Ser No; (1) Audio Intel Inc Single Pouch Holster/Antenna, No Ser No; (1) Audio Intel Inc Hangar Antenna 91213-220, No Ser No; (1) Go Video VCR Home DDV2110, No Ser No, (1) Sony Digital Camera MVCFD75, No Ser No; (1) Canon CamCorder ZR20, No Ser No, (1) MOS Camcorder Bag ECV 145Blk, No Ser No, (1) TFN Tripod 80009, No Ser No, (1) Panasonic Television CT20G6, No Ser No, Tampa, FL, Caribbean Air Transport, 12/13/01

**SOUTHERN DISTRICT OF FLORIDA**

02-DEA-399916, $8,020.00 U.S. Currency, Jupiter, FL, Baker, Arnold, 11/16/01
02-DEA-400635, $1,500.00 U.S. Currency, Boca Raton, FL, Martinez, Jairo Humberto, 11/15/01
02-DEA-400637, $43,090.00 U.S. Currency, Hollywood, FL, Ochoa, Juan Rodrigo AKA Ramirez, Andres Felipe, 11/15/01
02-DEA-401186, $500.00 U.S. Currency, Miami, FL, Unidentified, 11/13/01

**MIDDLE DISTRICT OF GEORGIA**

02-DEA-400607, $8,680.00 U.S. Currency, Hamilton, GA, Flowers, Terrance Darnell, 12/17/01
02-DEA-400926, $1,032.00 U.S. Currency, Athens, GA, Callaway, Tom Nicholas, 12/18/01

**NORTHERN DISTRICT OF GEORGIA**

02-DEA-399477, $34,082.00 U.S. Currency, Locust Grove, GA, Johnson, James Bernard, 11/16/01

**SOUTHERN DISTRICT OF GEORGIA**

02-DEA-400427, $10,000.00 U.S. Currency, Pooler, GA, Henry, Elizabeth Alzie, 12/17/01
02-DEA-400438, $2,696.00 U.S. Currency, Pooler, GA, Allen, Carlton Christopher, 12/17/01

**SOUTHERN DISTRICT OF IOWA**

02-DEA-400207, (2) Guns, VL: $325.00, (1) Mossberg 12 gauge shotgun, Ser No K224400, (1) Derringer .410 handgun, Ser No Unknown, Solon, IA, Kinzebach, Kevin, 11/29/01

**NORTHERN DISTRICT OF ILLINOIS**

02-DEA-400533, 1990 Honda Accord, JHMCB7661LC102274, Chicago, IL, Pena, Teodoro, 11/29/01

**SOUTHERN DISTRICT OF ILLINOIS**

02-DEA-400244, 1997 Ford Expedition, 1FMFU18L7VLA89649, Brussels, IL, Greene, Kelly, 11/30/01

**EASTERN DISTRICT OF KENTUCKY**

02-DEA-399640, Rohm Derringer .22 Caliber Revolver, Ser No 680660, VL: $115.00, Lexington, KY, Harbin, Contrell Ardell, 11/28/01
02-DEA-399699, $13,644.00 U.S. Currency, Lexington, KY, Silva, Joel AKA Quintana-Silva, Joel AKA Silva-Quintana, Joel AKA Quintana-Silva, Jesus, 11/28/01
02-DEA-400819, $19,882.00 U.S. Currency, Hebron, KY, Brown, Carlton AKA St Francis, Albino Christopher AKA Davis, Mike AKA Brown, Carlton AKA Francis, Uton AKA Brown, Cordon AKA Francis, Garfield AKA Uton, Francis AKA Kitt, Roan J AKA Griffiths, Guilmore Roan AKA Euton, Francis AKA Bartley, Roan AKA Francis, Euton C., 12/29/01

**EASTERN DISTRICT OF LOUISIANA**

02-DEA-399946, Assorted Jewelry, VL: $24,300.00, No Ser Nos, (1) 14k white gold diamond bracelet containing 110 princess cut diamonds; (1) 14k white gold diamond bracelet containing 320 tapered baguettes & 84 brilliant cut diamonds; (1) Gentleman's

St. Louis, MO, Walker
12/06/01
02-DEA-400273, $6,2
St. Louis, MO, Wright
12/06/01
02-DEA-400325, $1,3
Maryland Heights, MO
12/03/01
02-DEA-400326, $25,
Maryland Heights, MO
12/03/01
02-DEA-400328, $12
Currency, Maryland He
Tyrone R, 12/03/01
02-DEA-400530, $28,
St. Louis, MO, Mays, E
Shawn Lee and Conn
02-DEA-400538, $10,
St. Louis, MO, Mays, E
Shawn Lee, 12/19/01

**MIDDLE DISTRICT OF CAROLINA**

02-DEA-400517, $1
Greensboro, NC, Mun
12/18/01
02-DEA-400518, $2,0
Greensboro, NC, Mun
12/18/01
02-DEA-400548, $5,3
McLeansville, NC, Gra
12/18/01
02-DEA-400555, $5,0
Asheboro, NC, Mauric
12/18/01

**WESTERN DISTRICT CAROLINA**

02-DEA-400698, $8,5
Statesville, NC, Whren
12/19/01
02-DEA-400995, $2,0
Monroe, NC, Lujan, Ju
12/20/01
02-DEA-401002, $65,
Newland, NC, Burleso
12/14/01

**DISTRICT OF NEBRA**

02-DEA-400283, Lorc
Automatic Pistol, Ser N
$75.00, North Platte, N
11/29/01
02-DEA-400285, $2,4
North Platte, NE, Moe,

**DISTRICT OF NEW M**

02-DEA-400495, $1,1
Alamogordo, NM, Cas
12/10/01
02-DEA-400550, $124
Currency, Las Cruces,
Benjamin Glover, 12/1
02-DEA-400764, Smit
Caliber Revolver/Amm
103629, VL: $1.00, Ala
III, Arnell, 12/19/01

**EASTERN DISTRICT**

02-DEA-400909, $19,
Queens, NY, Pena, Ph

**NORTHERN DISTRIC**

02-DEA-400573, $4,3
Dryden, NY, Marshall,
02-DEA-400577, $33,
Peru, NY, Power, Dan
Martine, 12/10/01
02-DEA-400586, $29,
Peru, NY, Power, Dan
Martine, 12/10/01

**SOUTHERN DISTRIC**

02-DEA-400060, $9,1
Bronx, NY, Minniefield
02-DEA-400101, $5,3
New York, NY, William
Kenneth and Hodge, C
02-DEA-400197, $12,
Manhattan, NY, Fletch
02-DEA-400215, 1995
1B3HD46T1SF653986
Dominguez, Jose M, 1
02-DEA-400347, $21,
Bronx, NY, Borges, Ni
02-DEA-400574, $545
Currency, Bronx, NY, [
12/08/01
02-DEA-400812, (198
Orders, VL: $95,200.0
Money Orders, Ser No
98478591090; 984785
Travelers Express Mor
98478591101; 984785
98478591080; 984357
98449652928; 984357
98435789672; 984357
98449652895; 984357
98449652906; 984496
98449652807; 982516
98449652818; 984357
98435797560; 984785
98478537322; 984785
98251649760; 982516
98435797581; 984496
98251649782; 984496
98251649793; 977002
97700215954; 977002
97700216009; 977002
97700215900; 977002
97700216010; 977002
97700215866; 977002
97700215844; 977002
98477597482; 977002
97700215877; 977002
97700216020; 977002
97700215646; 977002
97700215010; 977002

LEGAL NOTICES THE WALL STREET JOURNAL TUESDAY, FEBRUARY 19,

# LEGAL
# ATTE

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virg for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the DEA pursuant to T of the forfeiture proceeding due to hardship. A petition claim, or other correspondenceswill be deemed filed when actually received by the DEA Asset Forfeiture section in Arlington, Virginia. Sul appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

**FIRST NOTICE**
**LAST DATE TO FILE**
**APRIL 04, 2002**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**MIDDLE DISTRICT OF ALABAMA**
**02-DEA-401446,** $2,966.00 U.S. Currency, Abbeville, AL, Kemmerlin, Maurice, 12/29/01
**SOUTHERN DISTRICT OF ALABAMA**
**02-DEA-401502,** $12,286.00 U.S. Currency, Robertsdale, AL, Benson, Anthony Dion, 01/19/02
**DISTRICT OF ARIZONA**
**02-DEA-400277,** 2000 Dodge Ram Quad Cab with Camper Shell, 3B7HF13Z3YM226060, Ajo, AZ, Unknown, 12/05/01
**02-DEA-400336,** $24,800.00 U.S. Currency, Yuma, AZ, A Juvenile, 11/29/01
**02-DEA-401170,** $2,644.00 U.S. Currency, Amado, AZ, Perez-Carrillo, Eduardo, 12/19/01
**CENTRAL DISTRICT OF CALIFORNIA**
**02-DEA-400749,** $3,242.00 U.S. Currency, Costa Mesa, CA, Zamora, Maria, 12/18/01
**02-DEA-400817,** 1997 Kenworth T-2000 Tractor Truck, 1XKTDU9X2VJ743337, Baldwin Park, CA, Smith, Monte Daniel AKA Smith, Daniel AKA Smith, Monty Daniel AKA Monte-Smith, Daniel, 12/10/01
**02-DEA-400948,** $13,100.00 U.S. Currency, Los Angeles, CA, Sy, Jack Dat, 12/14/01
**EASTERN DISTRICT OF CALIFORNIA**
**02-DEA-400768,** $9,757.00 U.S. Currency, Pollock Pines, CA, Dering, William James, 12/18/01
**02-DEA-400770,** $15,000.00 U.S. Currency, Sacramento, CA, Correa, Maura, 12/17/01
**02-DEA-400833,** 2000 Ford F-150 Pick Up, 1FTRX07LXYKA01241, Parlier, CA, Barbosa, Dario Lopez AKA Lopez, Dario, 12/31/01
**NORTHERN DISTRICT OF CALIFORNIA**
**02-DEA-400910,** $72,845.00 U.S. Currency, San Francisco, CA, Tagoai, Silo AKA Afoa, Priscilla AKA Tagata, Silo Tamara ,12/23/01
**SOUTHERN DISTRICT OF CALIFORNIA**
**02-DEA-400434,** $8,305.00 U.S. Currency, San Ysidro, CA, Lua-Chavez Jr, Miguel, 12/12/01
**02-DEA-400851,** $5,429.00 U.S. Currency, San Diego, CA, Cisneros, Nora Guiselle, 12/27/01
**02-DEA-400900,** $8,169.00 U.S. Currency, San Diego, CA, Shelton Jr, Dwight Rolland, 12/30/01
**02-DEA-400915,** $1,993.00 U.S. Currency, San Diego, CA, Zacarias, Marcela and Ramos, Carlos Morales, 01/03/02
**02-DEA-400919,** $22,000.00 U.S. Currency, San Diego, CA, Reid, Mark Anthony, 01/03/02
**DISTRICT OF DELAWARE**
**02-DEA-400881,** 1996 GMC Yukon SUV, 1GKEK13R1TJ725240, Smyrna, DE, Tyre, Michael, 12/20/01
**02-DEA-400887,** 1995 Chevrolet C3500 Pickup Truck, 1GCGC34K7SE272778, Seaford, DE, Fisher, Martin Wayne, 12/20/01
**02-DEA-400888,** 1993 Jeep Cherokee, 1J4GZ58S6PC658190, Seaford, DE, Littleton, Ronald, 12/20/01
**02-DEA-400890,** 2000 Ford Expedition, 1FMPU18L1YLC46150, Seaford, DE, Grimes III, Earl G, 12/20/01
**02-DEA-401134,** $74,980.00 U.S. Currency, Smyrna, DE, Tyre, Michael, 12/20/01
**MIDDLE DISTRICT OF FLORIDA**
**02-DEA-399023,** $24,800.00 U.S. Currency, Tampa, FL, Unidentified, 10/30/01
**02-DEA-400594,** $1,704.00 U.S. Currency, Naples, FL, Taylor, Anaira, 12/20/01
**02-DEA-400598,** First Union Bank Savings Account #30060052260000, VL: $10,891.54, Naples, FL, Taylor, Anaira, 12/20/01
**02-DEA-400623,** 2002 Ford F-250 Crew Cab Pick Up Truck, 1FTNW20F02EA75761, Sanford, FL, Tahaun, Keave, 12/01/01
**02-DEA-400955,** $2,100.00 U.S. Currency, Jacksonville, FL, Manley Jr, Martin Milo AKA Manley, Martin AKA Manley, Marty, 12/17/01
**02-DEA-400971,** $6,505.00 U.S. Currency, Miami, FL, Allen, Thomas, 12/05/01
**02-DEA-401532,** Magellan World Phone with accessories, VL: $3,299.00, (1) World Phone, Ser No QUF C911925B2K ... DC [illegible]

Durham, NC, Faison, Christopher, 01/07/02
**02-DEA-401355,** $1,206.00 U.S. Currency, Greensboro, NC, Nobles, Dorian Antonio, 01/10/02
**WESTERN DISTRICT OF NORTH CAROLINA**
**02-DEA-401030,** $4,065.00 U.S. Currency, Hendersonville, NC, Hill, Calvin Devante, 01/10/02
**02-DEA-401099,** $3,050.00 U.S. Currency, Charlotte, NC, Armstrong, Kendrick Demarkus, 01/07/02
**DISTRICT OF NEBRASKA**
**02-DEA-401163,** $11,106.00 U.S. Currency, Fremont, NE, Hansen, Byron, 12/28/01
**02-DEA-401174,** $7,900.00 U.S. Currency, Fremont, NE, Hansen, Ramona, 12/28/01
**02-DEA-401175,** $2,600.00 U.S. Currency, Fremont, NE, Tweedy, Diane, 12/28/01
**02-DEA-401204,** 1997 Nissan Pickup, 1N6SD11S2VC328512, Omaha, NE, Zamora, Jorge and Garcia, Miguel, 12/18/01
**DISTRICT OF NEW HAMPSHIRE**
**02-DEA-401155,** $1,890.00 U.S. Currency, Merrimack, NH, Shea, Nicholas, 01/10/02
**DISTRICT OF NEW JERSEY**
**02-DEA-401268,** 1993 Pontiac Sunbird, 1G2JC14H9P7581361, Union, NJ, Alcantara, Juan, 12/20/01
**DISTRICT OF NEW MEXICO**
**02-DEA-400918,** $266,410.00 U.S. Currency, Albuquerque, NM, Lorenzo, Javier A, 01/25/02
**02-DEA-400979,** $6,393.00 U.S. Currency, Las Cruces, NM, Avis, Stephen Wade, 12/21/01
**02-DEA-401240,** $17,490.00 U.S. Currency, Albuquerque, NM, A Juvenile, 01/08/02
**DISTRICT OF NEVADA**
**02-DEA-400873,** (86,400) Dosage Units of Green Canyon Pseudoephedrine, VL: $6,462.72, Reno, NV, Nelson, Scott, 12/26/01
**EASTERN DISTRICT OF NEW YORK**
**02-DEA-400580,** $20,000.00 U.S. Currency, Whitestone, NY, Osorio, Liliana AKA Osoriu, Liliana, 12/04/01
**NORTHERN DISTRICT OF NEW YORK**
**02-DEA-400426,** $1,693.00 U.S. Currency, Syracuse, NY, Neal, Aaron K, 12/13/01
**02-DEA-400439,** $1,134.00 U.S. Currency, Town of Salina, NY, Booker, Howard T AKA Chicago, 12/13/01
**02-DEA-400445,** $2,068.00 U.S. Currency, North Syracuse, NY, Thomas, Adrien G, 12/13/01
**02-DEA-400904,** $2,200.00 U.S. Currency, Town of Hurley, NY, Romano, Samuel, 12/26/01
**SOUTHERN DISTRICT OF NEW YORK**
**02-DEA-400409,** (293) Assorted Money Orders, VL: $151,100.00, (114) Western Union Money Orders, Ser Nos 06-663843313; 06-497159339; 06-497159338; 06-464496016; 06-401836659; 06-497373417; 06-464496017; 06-433241182; 06-433241181; 06-497373416; 06-497373412; 06-508081028; 06-417605002; 06-636343875; 06-417605003; 06-636387871; 45-99410-010; 45-995725266; 06-636387872; 06-507124268; 06-645468655; 06-298029586; 06-645468658; 06-298029585; 06-298029584; 06-636343876; 06-297169718; 06-633341885; 06-297169717; 06-297169721; 06-297169720; 06-633341886; 06-297169719; 06-633341887; 06-510337651; 06-497373413; 06-507124271; 06-645468662; 06-645468663; 06-634243433; 06-636387870; 06-636387874; 06-645468660; 06-507124272; 06-645468659; 06-645468661; 06-634243432; 06-297169716; 06-636387873; 45-995725269; 06-507124267; 06-645868247; 06-636387868; 06-645468657; 06-645868249; 06-636387867; 06-645868246; 06-645868244; 06-645868243; 06-507124266; 06-631814298; 06-645868248; 45-994104025; 06-636387869; 06-631814299; 06-631814300; 06-631814296; 06-631814295; 06-631814297; 06-631814294; 06-507124270; 06-297169715; 06-507124269; 06-633574967; 06-433241183; 06-497019995; 06-497019936; 06-497159266; [illegible]

**WESTERN DISTRICT OF OKLAHOMA**
**02-DEA-400747,** $30,007.00 U.S. Currency, Blanchard, OK, Martinez, Martin and Camargo, Miguel and Corrales, Hector, 12/18/01
**02-DEA-400750,** $5,890.00 U.S. Currency, Oklahoma City, OK, Camargo, Miguel and Camargo, Hilda, 12/18/01
**DISTRICT OF RHODE ISLAND**
**02-DEA-401102,** $1,101.00 U.S. Currency, Providence, RI, Rubio, Manuel, 01/04/02
**02-DEA-401112,** $17,800.00 U.S. Currency, Providence, RI, Nunez, Sonia, 01/07/02
**DISTRICT OF SOUTH CAROLINA**
**02-DEA-400554,** $24,940.00 U.S. Currency, Mauldin, SC, Young, Alfred, 11/29/01
**02-DEA-400677,** 1995 Chevrolet Impala, 1G1BL52P5SR122108, Mauldin, SC, Young, Alfred, 11/29/01
**02-DEA-401046,** $28,850.00 U.S. Currency, Walterboro, SC, Avendano, John Jairo, 01/07/02
**MIDDLE DISTRICT OF TENNESSEE**
**02-DEA-401414,** $6,000.00 U.S. Currency, Nashville, TN, McCullough, Tarrow AKA McCullough, Ernest, 01/09/02
**NORTHERN DISTRICT OF TEXAS**
**02-DEA-400373,** Assorted Jewelry in Safe Deposit Box #1316, Bank of America, VL: $567,000.00, (1) Ladies Stainless Steel Rolex Oyster Perpetual Date Watch with Silver Dial, Ser No E637691/CASE#69174; (1) Ladies 14k Yellow Gold Nugget Seiko Quartz Watch, No Ser No; (1) Gents 18k Yellow Gold Dial Rolex Oyster Perpetual Day Date Pres Watch with diamond string dial & diamond bracelet, Ser No 523829/CASE#18038; (1) Ladies 14k Yellow Gold Diamond "HERRERA" Bracelet with 89 round diamonds, No Ser No; (1) Gents 18k Yellow Gold Rolex Oyster Perpetual Day-Date Pres Watch with Pave diamond dial & diamond bezel & diamond bracelet, Ser No E170410/CASE#18238; (1) Ladies Platinum Rolex oyster perpetual dateJust watch with princess diamond bezel & princess diamond bracelet, Ser No W082482/CASE#79136; (1) Gents Platinum diamond link bracelet with 300 princess cut diamonds, 159 baguette diamonds, & 132 round brilliant diamonds, No Ser No; (1) Ladies 18k white gold diamond Cartier tank style watch with single cut diamond pave links and diamond bezel, Ser No 136476CD; (1) Ladies 18k white gold diamond bracelet with 216 invisible set princess cut diamonds, No Ser No; (1) 24 in 10k yellow gold rope chain with 10k yellow gold diamond bezel with 87 round diamonds set in 50 pesos gold coin, No Ser No; (1) Ladies 18 in strand of cultured pearls containing 57 cream color, blemishing 14k yellow gold clasp, No Ser No; (1) Two Platinum diamond bracelet links with 46 princess cut diamonds, 12 baguette diamonds, & 22 round brilliant diamonds, No Ser No; (1) 14k yellow gold 28 in link necklace with 10k gold diamond bezel pendant with 60 baguette diamonds, 108 round diamonds, set 50 pesos coin, No Ser No; (1) 10k 22 inch rope chain with 10k yellow gold Christ cross pendant, No Ser No; (1) 10k yellow gold diamond bracelet with 111 round brilliant diamonds, No Ser No; (1) Cultured pearl & diamond earring with one round diamond; (1) Gents 14k yellow gold class ring with 12 round brilliant diamonds, No Ser No; (1) Gents assumed platinum diamond ring with 44 princess cut diamonds & one princess cut diamond, No Ser No; (1) 14k yellow gold ankle bracelet, No Ser No; (1) Ladies 10k yellow gold 15 in rope chain with gold plated Jesus charm, No Ser No; (1) Gents platinum diamond ring with 44 princess cut diamonds, one bezel set princess cut diamond, No Ser No; (1) 18k yel gold diamond ring with 30 invisible set princess cut diamonds & 34 baguette diamonds, No Ser No; (1) 18k yellow gold [illegible] ring with 56 round brilliant diamonds & 51 [illegible] diamonds, No Ser No; (1) [illegible] yellow gold diamond ring with 82 baguette diamonds & 4 round brilliant diamonds, No Ser No; (1) Platinum diamond ring with 68 round brilliant diamonds. There [illegible]

02-DEA-400366, 1997 Grand Cherokee Jeep, 1J4GZ58S2VC712615, Anchorage, AK, Garcia, Magali AKA Marroqui, Margali, 12/13/01
**MIDDLE DISTRICT OF ALABAMA**
**02-DEA-401106,** $10,075.00 U.S. Currency, Montgomery, AL, Thomas, Richmond Lee, 12/14/01
**02-DEA-401111,** $2,040.00 U.S. Currency, Montgomery, AL, Wilson, Courtney, 12/14/01
**02-DEA-401129,** $1,514.00 U.S. Currency, Montgomery, AL, Thomas, Richmond Lee, 12/14/01
**02-DEA-401132,** $8,900.00 U.S. Currency, Abbeville, AL, Kemmerlin, Maurice, 12/29/01
**SOUTHERN DISTRICT OF ALABAMA**
**02-DEA-400012,** $3,028.00 U.S. Currency, Mobile, AL, Neely III, Peter McNeil AKA Neely, Neil, 11/29/01
**02-DEA-400856,** $14,750.00 U.S. Currency, Bay Minette, AL, Mitchell, Nat Rampy, 12/16/01
**DISTRICT OF ARIZONA**
**02-DEA-399682,** $9,760.00 U.S. Currency, Phoenix, AZ, Unknown, 11/19/01
**02-DEA-400223,** Rossi Model 971 .357 Caliber Revolver, Ser No P107199, VL: $125.00, Huachuca City, AZ, Holman, Gary, 11/19/01
**02-DEA-400763,** 1992 Harley Davidson Motorcycle, 1HD1EAL18NY124850, Gilbert, AZ, Juvenile 1 and Juvenile 2, 12/16/01
**02-DEA-400780,** Assorted Weapons, VL: $1,650.00, (1) Winchester Model 1300 defender, 12 gauge shotgun pump, Ser No L2984485; (1) Colt Model gold cup trophy, .45 Caliber with 2 magazines, Ser No GCT08908; (1) Colt Model gold cup national match, .45 Caliber with 2 magazines, Ser No FN25e13; (1) Taurus Model 357 Magnum, Ser No OD52740; (1) Glock model 17, 9mm with 2 magazines and holster, Ser No DUW568, Gilbert, AZ, Juvenile 1 and Juvenile 2, 12/16/01
**02-DEA-400781,** $57,600.00 U.S. Currency, Gilbert, AZ, Juvenile 1 and Juvenile 2, 12/16/01
**CENTRAL DISTRICT OF CALIFORNIA**
**02-DEA-399840,** $83,502.00 U.S. Currency, Commerce, CA, Maali, Moaid S, 11/20/01
**02-DEA-400029,** $184,955.00 U.S. Currency, Adelanto, CA, Alarrabiyyat, Ibraham, 12/04/01
**02-DEA-400358,** $80,000.00 U.S. Currency, Riverside, CA, Ochoa, Maria Eugenia, 12/13/01
**02-DEA-400359,** $10,000.00 U.S. Currency, Riverside, CA, Ochoa, Maria Eugenia, 12/13/01
**02-DEA-400406,** $33,000.00 U.S. Currency, Los Angeles, CA, Benitez, Jaime Bonilla, 12/04/01
**02-DEA-400501,** 1998 Lincoln Navigator, 5LMRU2762WLJ19367, Santa Ana, CA, Unknown, 12/18/01
**EASTERN DISTRICT OF CALIFORNIA**
**02-DEA-400365,** $2,000.00 U.S. Currency, Selma, CA, Garcia, Froilan Tena, 12/12/01
**02-DEA-400428,** $4,745.00 U.S. Currency, Fresno, CA, Meyer, Thomas Beckwith, 12/13/01
**02-DEA-400430,** $2,574.00 U.S. Currency, Fresno, CA, Marin, Araceli, 12/12/01
**02-DEA-400433,** Wells Fargo Bank, Account #620-0270288, VL: $50,074.83, Fresno, CA, Meyer, Thomas Beckwith, 12/13/01
**02-DEA-400456,** 1996 Toyota Tacoma Pick Up, 4TAVL52N7TZ220220, Fresno, CA, Meyer, Thomas Beckwith, 12/13/01
**NORTHERN DISTRICT OF CALIFORNIA**
**02-DEA-400459,** $7,558.00 U.S. Currency, Oakland, CA, Millan, Sergio AKA Martinez, Sergio Millan, 11/14/01
**SOUTHERN DISTRICT OF CALIFORNIA**
**02-DEA-399605,** $2,479.00 U.S. Currency, San Diego, CA, Lake, Lloyd Kneyatta, 11/27/01
**02-DEA-400659,** $2,961.00 U.S. Currency, Chula Vista, CA, Gonzalez, Ramona, 12/18/01
**02-DEA-400667,** $1,260.00 U.S. Currency, San Diego, CA, Ellis, Michael Phillips, 12/21/01
**02-DEA-400686,** $[illegible] U.S. Currency, San Diego, CA, Dauson, Richard and Ford, [illegible]
**02-DEA-400718,** $2[illegible] U.S. Currency, National City, CA, Nestor, Donald Edward, 12/14/01
**02-DEA-400720,** [illegible]

**02-DEA-399926,** [illegible] 1LNBM81F0KY648 Rivera, Elia, 11/28/
**02-DEA-400042,** [illegible] $64,500.00, (1) Mic Loan Cashiers Che Bank Cashiers Che City, IN, Moore, St
**02-DEA-400446,** $ Hammond, IN, Sm
**SOUTHERN DIST**
**02-DEA-400057,** $ Indianapolis, IN, C
**02-DEA-400464,** $ Indianapolis, IN, B
**02-DEA-400467,** Indianapolis, IN, F
**02-DEA-400483,** Anderson, IN, Jor
**02-DEA-400772,** Indianapolis, IN, (
**DISTRICT OF KA**
**02-DEA-400415,** Lincoln, KS, Mor AKA Lopez-Cont
**02-DEA-400480,** Wichita, KS, Her
**WESTERN DIST**
**02-DEA-400957** (1) Unloaded Ma shotgun, model (1) Unloaded Mo revolver, Ser No Smith Jr, Hubba
**EASTERN DIS**
**02-DEA-39951** WBAGJ8327W Mendez, Juan (
**02-DEA-39957** 4USCC7327SL Davila, Pedro L
**DISTRICT OF**
**02-DEA-39978** Mississippi, Cr $5,719.31, Spr Lawrence AKA
**02-DEA-4004** Wobrun, MA, I
**DISTRICT OF**
**02-DEA-3997** Currency, Bal 11/20/01
**02-DEA-3997** Columbia, MD
**02-DEA-3997** Baltimore, MD 11/20/01
**02-DEA-3997** Baltimore, MD AKA Jones, I
**02-DEA-399** Baltimore, M AKA Jones,
**02-DEA-400** West Friend Stephen, 12
**02-DEA-400** Employees I #010132 & Marlboro, M 11/27/01
**02-DEA-40** Westerstow Tremaine,
**02-DEA-40** JNRAR05Y Carroll, Ant
**02-DEA-40** JH2PC350 Carroll, Ant
**02-DEA-40** Baltimore, Valiquet, A
**02-DEA-40** Baltimore AKA Cant
**02-DEA-4** 1FAFP40 Quinteros
**02-DEA-4** Baltimore , 17/01
**EASTER**
**01-DEA-** Currency Karim, AK
**02-DEA-**
**EASTER**
**02-DEA-**

[illegible] Currency [illegible] Angelo Michael

,00 00 U S Currency [illegible] Angelo Michael

,785.00 U S Currency [illegible] Andrea Frances,

,7,930.00 U S [illegible] NC, Giraldo, Carlos Mina Pilar, 12/17/01 [illegible] 6 Chrysler Town and [illegible] 64L5TB178206, Edner [illegible] er Jr, Michel AKA [illegible] son, Duval, 12/10/01 [illegible] 908.00 U.S. Currency, [illegible] y, Sheila Woods,

OF NORTH

[illegible] 9 Chevrolet Allegro [illegible] 303033, Graham, NC, [illegible] o, 11 19 01 [illegible] ,570.00 U S Currency, [illegible] hammad, Walter Lee [illegible] ed, Walterlee Rajai,

HAMPSHIRE

,888.00 U S Currency, [illegible] ic, Ronald, 12/20/01 [illegible] 16.00 U.S. Currency, [illegible] Rock Howard, 12/20/01 [illegible] 6,400.00 U.S. Currency, [illegible] sia, Michael J, 01/03/02 [illegible] 98 Nissan Altima, [illegible] 030, Salem, NH, [illegible] 2/01

JERSEY

,000.00 U.S. Currency, [illegible] idriguez, Miguel Lazaro,

,162.00 U.S. Currency, [illegible] uillon, Francisco AKA [illegible] 1

MEXICO

12,500.00 U S Currency, [illegible] Moriel, Victor Manuel,

22,930.00 U.S. Currency, [illegible] Hanlon, Robert Louis,

CT OF NEW YORK

998 Toyota Camry, [illegible] 5228, Melville, NY, [illegible] Antonio, 07/14/01 [illegible] 000 Ford Taurus, [illegible] 190, Queens, NY, [illegible] 28/01 [illegible] 8,082.00 U.S. Currency, [illegible] ers, Adrine, 11/27/01 [illegible] 995 Mitsubishi Galant [illegible] 4SE187081, Maspeth, [illegible] istine, 11/19/01 [illegible] 997 Ford Expedition, [illegible] 3117, Maspeth, NY, [illegible] 11/19/01 [illegible] 14,980.00 U.S. Currency, [illegible] ez, Jose A, 11/28/01

RICT OF NEW YORK

,1,581.00 U.S. Currency, [illegible] Hilts, Haywood and [illegible] 2/19/01

RICT OF NEW YORK

$45,989.00 U.S. Currency, [illegible] nenez, Yensi, 12/16/01 [illegible] $2,800.00 U.S. Currency, [illegible] Eric, 12/04/01

RICT OF NEW YORK

$7,165.00 U.S. Currency, [illegible] dams, Robert, 11/29/01 [illegible] $1,035.00 U.S. Currency, [illegible] rown, Nathan, 12/20/01 [illegible] $1,225.00 U.S. Currency, [illegible] andez, Jose A, 12/17/01 [illegible] $2,194.00 U.S. Currency, [illegible] amirez, Yeni Marie,

$6,757.00 U.S. Currency, [illegible] amirez, Rafael Augusto,

$1,060.00 U.S. Currency, [illegible] oley, Kenny AKA Head,

$1,373.00 U.S. Currency, [illegible] erez, Nitza Elizabeth,

$1,050.00 U.S. Currency, [illegible] Martinez, Jhonny, 11/28/01 [illegible] $17,808.00 U.S. Currency, [illegible] Nunez, Leocadio, 11/28/01 [illegible] $1,200.00 U.S. Currency, [illegible] Soto, Rosa Yvette, 11/28/01

STRICT OF OHIO

, 1989 BMW 735I Sedan, [illegible] 213132, Cleveland, OH, [illegible] 03/02

TRICT OF OKLAHOMA

, 1993 Lexus GS300, [illegible] 31441, Oklahoma City, OK,

[illegible] yellow gold [illegible] [illegible] HERRERA [illegible] parter bracelet; (1) 10k yellow gold "HERRERA" bracelet; (1) 2 pesos coin set in 10k yellow gold diamond bezel; (1) Base metal saint's pendant; (1) 10k yellow gold nugget pendant with 1 round brilliant diamond; (1) 14k yellow gold Dolphin charm with diamond eye; (1) 14k yellow gold "friend" charm; (1) 14k yellow anchor charm; (1) black onyx brooch with diamond set "R" with 31 round brilliant diamonds; (1) 10k yellow gold hoop earrings; (1) 14k yellow gold diamond hoop earrings with 40 round brilliant diamonds; (1) 10k yellow gold hoop earrings; (1) 10k yellow gold boxing glove charm; (1) 14k yellow gold clear synthetic stone earrings; (1) 10k yellow gold black onyx ring; (1) 10k yellow gold cartoon earrings; (1) 10k yellow gold Jesus charm; (1) 10k hoop earring; (1) 10k yellow gold hoop earring, Dallas, TX, Herrera, Raul, 11/28/01

**SOUTHERN DISTRICT OF TEXAS**

**02-DEA-400592,** 1996 Chrysler Cirrus, 1C3EJ56H8TN300636, Falfurrias, TX, Castillo, Flor Teresa, 12/20/01

**02-DEA-400724,** $1,268.00 U.S. Currency, McAllen, TX, Pena, Eduardo, 12/14/01

**02-DEA-400726,** Bryco Arms, Jennings Model 9, 9mm Handgun, Ser No 1397860, VL $600.00, McAllen, TX, Pena, Eduardo, 12/14/01

**02-DEA-400794,** 1993 Mercury Villager GS, 4M2DV11W4PDJ47298, Falfurrias, TX, Campos-Castrejon, Guillermo, 12/31/01

**02-DEA-400808,** $8,588.34 U.S. Currency, Laredo, TX, Rozek, Ronald Richard, 12/30/01

**02-DEA-400809,** $3,380.88 U.S. Currency, Laredo, TX, Laframboise, Brent Anthony, 12/30/01

**02-DEA-400875,** 2000 Mercury Sable, 1MEFM53S9YG634563, Houston, TX, Olivares, Martin Alvarez, 11/27/01

**02-DEA-400885,** 2000 Chevrolet Astra, W0LTG2234Y5310337, Houston, TX, Olivares, Martin Alvarez, 11/27/01

**02-DEA-400908,** 1999 Ford Taurus SE, 1FAFP53U5XA304209, Baytown, TX, Valdez, Raul Fernandez, 11/27/01

**02-DEA-400932,** 2000 Hyundai Elantra, KMHJF35F5YU955684, Houston, TX, Ojeda, Carlos Ruben, 12/15/01

**02-DEA-401049,** $91,500.00 U.S. Currency, Houston, TX, Villarreal-Pena, Aristeo, 12/10/01

**02-DEA-401061,** Taurus .44 Caliber Revolver Blue Steel, Serial #LE619187, VL $225.00, Houston, TX, Chavez-Candelo, Carlos, 11/19/01

**02-DEA-401064,** $334,955.00 U.S. Currency, Houston, TX, Longorria-Pena, Abel, 12/10/01

**02-DEA-401068,** Hi Point Arms 9mm JS-9 Single Action with 1 clip, Serial #834422, VL $140.00, Houston, TX, Colon, Francisco, 11/19/01

**02-DEA-401215,** $1,488.00 U.S. Currency, Spring, TX, Manning, Latosha Rena, 11/28/01

**WESTERN DISTRICT OF TEXAS**

**02-DEA-400705,** $99,900.00 U.S. Currency, Odessa, TX, Unidentified, 12/14/01

**02-DEA-400751,** 1989 Chevrolet Camaro, 1G1FP21EXKL189388, San Antonio, TX, Flores, Daniel Tijerina, 12/11/01

**02-DEA-400779,** (3) Oil Paintings by artist George Sumner, VL $35,000.00, (1) Title: Mother whale and baby whale by George Sumner 1983; (1) Title: Kissing dolphins by George Sumner 1983; (1) Title: Summer Daze by George Sumner 1986, San Antonio, TX, Flores, Daniel Tijerina, 12/11/01

**EASTERN DISTRICT OF VIRGINIA**

**02-DEA-400515,** $14,900.00 U.S. Currency, Alexandria, VA, Vafaeian-Shahmirzadi, Soraji, 12/14/01

**02-DEA-400516,** $15,500.00 U.S. Currency, Fairfax, VA, Javid, Khalil, 12/15/01

**DISTRICT OF VERMONT**

**02-DEA-399530,** $4,610.00 U.S. Currency, Newark, VT, Blodgett, Adam, 11/19/01

**02-DEA-399531,** $1,305.00 U.S. Currency, Newark, VT, Blodgett, Rick "Ricky", 11/17/01

**02-DEA-400003,** $1,801.00 U.S. Currency, Rutland, VT, Johnson, Darnell, 11/23/01

**EASTERN DISTRICT OF WASHINGTON**

**02-DEA-400432,** Marijuana Grow Equipment, VL $5,000.00, Cnlville, WA, Christensen, John, 12/05/01

**02-DEA-400478,** 1996 Ford Taurus, 1FALP52U1TG203261, Yakima, WA, Gomez, Martin Bedolla, 12/04/01

**02-DEA-400484,** $99,991.00 U.S. Currency, Yakima, WA, Gomez, Martin Bedolla, 12/04/01

**EASTERN DISTRICT OF WISCONSIN**

**02-DEA-399817,** $1,976.00 U.S. Currency, Milwaukee, WI, Paris, Brady, 12/04/01

**02-DEA-400506,** [illegible]

**02-DEA-400508,** [illegible] San Diego [illegible] 12/13/01

**DISTRICT OF CONNECTICUT**

**02-DEA-400661,** $1,181.00 U.S. Currency, Norwalk, CT, Florez, Omar, 11/28/01

**DISTRICT OF COLUMBIA**

**02-DEA-400471,** $8,800.00 U.S. Currency, Washington, DC, Watson, Richard Campbell, 12/17/01

**MIDDLE DISTRICT OF FLORIDA**

**01-DEA-394905,** 2000 Suzuki Motorcycle GSX1300R Customized, JS1GW71A2Y2100592, Daytona Beach, FL, Torrence, Patrick, 06/14/01

**02-DEA-400762,** Assorted Electronic Equipment, VL $8,075.17, (1) Samsung Digital Voice Recorder SVR-S820, Ser No 820E0509707, (2) Saul Mineroff Inc Wire Microphones SME SDMH, No Ser No, (1) Saul Mineroff Inc T-Microphone SME SDM, No Ser No, (1) Sony Foot Control (transcriber) FS-75, No Ser No, (2) Koss Headphones TD-80, No Ser No, (1) Audio Intel Inc 1 Watt Body Transmitter TX91595098, Ser No 0126006, (1) Audio Intel Inc 1/2 Watt Pager Transmitter, Ser No E0139453, (1) Audio Intel Inc 2 Watt Mini-Repeater, Ser No 0145006, (1) Audio Intel Inc 1/4 Antenna for repeater 91262-01K, No Ser No, (1) Audio Intel Inc Single Pouch Holster/Antenna, No Ser No, (1) Audio Intel Inc Hangar Antenna 91213-220, No Ser No, (1) Go Video VCR Home DDV2110, No Ser No, (1) Sony Digital Camera MVCFD75, No Ser No, (1) Canon CamCorder ZR20, No Ser No, (1) MOS Camcorder Bag ECV 145Blk, No Ser No, (1) TFN Tripod 80009, No Ser No, (1) Panasonic Television CT20G6, No Ser No, Tampa, FL, Caribbean Air Transport, 12/13/01

**SOUTHERN DISTRICT OF FLORIDA**

**02-DEA-399916,** $8,020.00 U.S. Currency, Jupiter, FL, Baker, Arnold, 11/16/01

**02-DEA-400635,** $1,500.00 U.S. Currency, Boca Raton, FL, Martinez, Jairo Humberto, 11/15/01

**02-DEA-400637,** $43,090.00 U.S. Currency, Hollywood, FL, Ochoa, Juan Rodrigo AKA Ramirez, Andres Felipe, 11/15/01

**02-DEA-401186,** $500.00 U.S. Currency, Miami, FL, Unidentified, 11/13/01

**MIDDLE DISTRICT OF GEORGIA**

**02-DEA-400607,** $8,680.00 U.S. Currency, Hamilton, GA, Flowers, Terrance Darnell, 12/17/01

**02-DEA-400926,** $1,032.00 U.S. Currency, Athens, GA, Callaway, Tom Nicholas, 12/18/01

**NORTHERN DISTRICT OF GEORGIA**

**02-DEA-399477,** $34,082.00 U.S. Currency, Locust Grove, GA, Johnson, James Bernard, 11/16/01

**SOUTHERN DISTRICT OF GEORGIA**

**02-DEA-400427,** $10,000.00 U.S. Currency, Pooler, GA, Henry, Elizabeth Alzie, 12/17/01

**02-DEA-400438,** $2,696.00 U.S. Currency, Pooler, GA, Allen, Carlton Christopher, 12/17/01

**SOUTHERN DISTRICT OF IOWA**

**02-DEA-400207,** (2) Guns, VL $325.00, (1) Mossberg 12 gauge shotgun, Ser No K224400; (1) Derringer .410 handgun, Ser No Unknown, Solon, IA, Kinzebach, Kevin, 11/29/01

**NORTHERN DISTRICT OF ILLINOIS**

**02-DEA-400533,** 1990 Honda Accord, JHMCB7661LC102274, Chicago, IL, Pena, Teodoro, 11/29/01

**SOUTHERN DISTRICT OF ILLINOIS**

**02-DEA-400244,** 1997 Ford Expedition, 1FMFU18L7VLA89649, Brussels, IL, Greene, Kelly, 11/30/01

**EASTERN DISTRICT OF KENTUCKY**

**02-DEA-399640,** Rohm Derringer .22 Caliber Revolver, Ser No 680660, VL $115.00, Lexington, KY, Harbin, Contrell Ardell, 11/28/01

**02-DEA-399699,** $13,644.00 U.S. Currency, Lexington, KY, Silva, Joel AKA Quintana-Silva, Joel AKA Silva-Quintana, Joel AKA Quintana-Silva, Jesus, 11/28/01

**02-DEA-400819,** $19,882.00 U.S. Currency, Hebron, KY, Brown, Carlton AKA St Francis, Albino Christopher AKA Davis, Mike AKA Brown, Carlton AKA Francis, Uton AKA Brown, Corlton AKA Francis, Garfield AKA Uton, Francis AKA Kitt, Roan J AKA Griffiths, Guilmore Roan AKA Euton, Francis AKA Bartley, Roan AKA Francis, Euton C, 12/29/01

**EASTERN DISTRICT OF LOUISIANA**

**02-DEA-399946,** Assorted Jewelry, VL $24,300.01, No Ser Nos, (1) 14k white gold diamond bracelet containing 110 princess cut diamonds; (1) 14k white gold diamond bracelet containing 320 tapered baguettes & 39 brilliant cut diamonds; (1) Gentleman's Imitation Breitling 2-tone wrist watch; (1) Gentleman's stainless Movado Museum

02-DEA-400326 [illegible]

02-DEA-400328 [illegible] Currency, [illegible] Tyrone R, 12/05/01

**02-DEA-400530,** $28,[illegible] U.S. Currency, St Louis, MO, Mays, Bennie AKA King Jr, Shawn Lee and Connie Martin, 12/14/01

**02-DEA-400538,** $1[illegible] U.S. Currency, St Louis, MO, Mays, Bennie AKA King Jr, Shawn Lee, 12/19/01

**MIDDLE DISTRICT OF NORTH CAROLINA**

**02-DEA-400517,** $1[illegible] U.S. Currency, Greensboro, NC, Munger, Harold Kenneth, 12/18/01

**02-DEA-400518,** $2,[illegible] U.S. Currency, Greensboro, NC, Munger, Harold Kenneth, 12/18/01

**02-DEA-400548,** $5,[illegible] U.S. Currency, McLeansville, NC, Graves, Venise Latanya, 12/18/01

**02-DEA-400555,** $5,015.00 U.S. Currency, Asheboro, NC, Mauricio, Domingo Antonio, 12/18/01

**WESTERN DISTRICT OF NORTH CAROLINA**

**02-DEA-400698,** $8,[illegible] U.S. Currency, Statesville, NC, Whren, Renzel Leroy, 12/19/01

**02-DEA-400995,** $2,[illegible]30.00 U.S. Currency, Monroe, NC, Lujan, Julio Cesar Alvarez, 12/20/01

**02-DEA-401002,** $65,673.00 U.S. Currency, Newland, NC, Burleson, Patrick Todd, 12/14/01

**DISTRICT OF NEBRASKA**

**02-DEA-400283,** Lorcin L-380 Semi-Automatic Pistol, Ser No 367137, VL $75.00, North Platte, NE, Moe, Dale, 11/29/01

**02-DEA-400285,** $2,100.00 U.S. Currency, North Platte, NE, Moe, Dale, 11/29/01

**DISTRICT OF NEW MEXICO**

**02-DEA-400495,** $1,135.00 U.S. Currency, Alamogordo, NM, Castillo, Maria Estela, 12/10/01

**02-DEA-400550,** $124,544.00 U.S. Currency, Las Cruces, NM, Randolph Benjamin Glover, 12/17/01

**02-DEA-400764,** Smith & Wesson .38 Caliber Revolver/Ammunition, Ser No 103629, VL $1.00, Alamogordo, NM, Lucas III, Arnell, 12/19/01

**EASTERN DISTRICT OF NEW YORK**

**02-DEA-400909,** $19,800.00 U.S. Currency, Queens, NY, Pena, Phanor, 11/30/01

**NORTHERN DISTRICT OF NEW YORK**

**02-DEA-400573,** $4,340.00 U.S. Currency, Dryden, NY, Marshall, William L, 12/14/01

**02-DEA-400577,** $33,318.00 U.S. Currency, Peru, NY, Power, Daniel and MacDonald, Martine, 12/10/01

**02-DEA-400586,** $29,865.00 U.S. Currency, Peru, NY, Power, Daniel and MacDonald, Martine, 12/10/01

**SOUTHERN DISTRICT OF NEW YORK**

**02-DEA-400060,** $9,170.00 U.S. Currency, Bronx, NY, Minniefield, Courtney, 11/14/01

**02-DEA-400101,** $5,380.00 U.S. Currency, New York, NY, Williams, Lydell and Cole, Kenneth and Hodge, Clayton, 12/06/01

**02-DEA-400197,** $12,995.00 U.S. Currency, Manhattan, NY, Fletcher, Marvin, 11/01/01

**02-DEA-400215,** 1995 Dodge Intrepid, 1B3HD46T1SF653986, Bronx, NY, Dominguez, Jose M, 12/08/01

**02-DEA-400347,** $21,100.00 U.S. Currency, Bronx, NY, Borges, Nidia, 12/09/01

**02-DEA-400574,** $545,775.00 U.S. Currency, Bronx, NY, Dominguez, Jose, 12/08/01

**02-DEA-400812,** (198) Assorted Money Orders, VL $95,200.00, (3) CVS Pharmacy Money Orders, Ser Nos 75458046301; 98478591090; 98478591079; (117) Travelers Express Money Orders, Ser Nos 98478591101, 98478591068; 98478591080, 98435789694, 98449652928; 98435789683; 98435789672, 98435797592, 98449652895; 98435789661, 98449652906; 98449652796; 98449652807; 98251649749; 98449652818, 98435797570, 98435797560, 98478537344, 98478537322, 98478537333, 98251649760, 98251649750, 98435797581, 98449652939, 98251649782, 98449652917, 98251649793, 97700215943, 97700215954, 97700216053, 97700216009; 97700216042, 97700215900, 97700216031; 97700216010; 97700216064; 97700215866; 97700215855, 97700215844; 97700215921; 98477597482; 97700215932, 97700215877, 97700215833, 97700216020; 97700215734, 97700215646; 97700215756, 97700215910; 97700215888,

**DISTRICT OF SOUTH CAROLINA**

02-DEA-399647 [illegible] Robert AKA White, Brandon, 11/27/01

**02-DEA-400789,** $23[illegible] U.S. Currency, St George, SC, Cruz-Salas, Rafael Angel, 12/14/01

**DISTRICT OF SOUTH DAKOTA**

**02-DEA-400252,** S&W 15-3 Pistol .38 Caliber, Ser No 1aK3852, VL $1.00, Sturgis, SD, Smith, Devern, 11/29/01

**02-DEA-400463,** $2,[illegible]01.00 U.S. Currency, Sturgis, SD, Smith, Devern, 11/29/01

**MIDDLE DISTRICT OF TENNESSEE**

**02-DEA-400588,** $11,[illegible]00.00 U.S. Currency, Nashville, TN, Marshall, Delroy Anthony, 12/17/01

**SOUTHERN DISTRICT OF TEXAS**

**02-DEA-399734,** Heckler & Koch USP Compact .40 S&W Handgun, Ser No 26-034812, VL $365.00, Houston, TX, Shen, Yue-Tong William, 11/15/01

**02-DEA-399833,** $1,430.00 U.S. Currency, Houston, TX, Shen, Yue-Tong William, 11/15/01

**02-DEA-399991,** 1995 Utility Trailer 1UYVS2538SM469235, Falfurrias, TX, Zelek, Jacek, 12/04/01

**02-DEA-400647,** 1992 Nissan Sentra, 1N4EB31P6NC821418, Falfurrias, TX, Urbina, Maria Rachel, 12/22/01

**02-DEA-400654,** 1998 Ford Expedition XLT, 1FMPU18L1WLA82136, Falfurrias, TX, Monge-Pinargotty, Luis Alberto, 12/21/01

**02-DEA-400665,** 1997 Sooner Trailer, 48H32021W1080653, Falfurrias, TX, Ozuna Jr, Noe Javier, 12/23/01

**02-DEA-400670,** 1995 Freightliner Tractor, 1FUYDZYB0SH630065, Falfurrias, TX, Flores Jr, Jose Homero, 12/23/01

**02-DEA-400678,** 1987 Timpe Trailer, 1TDR48020HB064661, Falfurrias, TX, Flores Jr, Jose Homero, 12/23/01

**02-DEA-400778,** $3,033.00 U.S. Currency, Corpus Christi, TX, Rodriguez, Pedro, 12/11/01

**02-DEA-400788,** $1,000.00 U.S. Currency, Corpus Christi, TX, Hernandez, Yolanda, 12/11/01

**WESTERN DISTRICT OF TEXAS**

**02-DEA-400093,** $14,962.00 U.S. Currency, Desert Haven, TX, Harper, Brett Michael, 12/08/01

**02-DEA-400342,** $1,261.00 U.S. Currency, Fort Hancock, TX, Gomez-Ortiz, Moises, 12/11/01

**02-DEA-400364,** $2,320.00 U.S. Currency, Austin, TX, Arnold, David R, 11/15/01

**02-DEA-400455,** Smith & Wesson Model 39, 9mm Caliber Semi-auto Handgun with magazine & 9mm rounds, Ser No 5431, VL $150.00, Fort Hancock, TX, Duarte-Ballerrama, Aristeo and Araujo-Imperial, Alfonso, 12/17/01

**02-DEA-400560,** 1996 Freightliner Semi-tractor, 1FUYDXYBXTL797715, Desert Haven, TX, Harper, Brett Michael, 12/08/01

**02-DEA-400719,** 1980 Mercedes Benz 450, 10704212006804, San Antonio, TX, Ramirez, Simon, 12/11/01

**EASTERN DISTRICT OF VIRGINIA**

**02-DEA-400350,** $1,330.00 U.S. Currency, Richmond, VA, Nikulin, Vitaliy V, 12/06/01

**02-DEA-400589,** 1991 Lexus ES250, JT8VV22T2M0144583, Chesapeake, VA, Marshall, Monty, 12/17/01

**02-DEA-400601,** 1963 Chevy Impala Convertible, 31867G147024, Chesapeake, VA, Marshall, Monty, 12/17/01

**02-DEA-400602,** $4,400.00 U.S. Currency, Chesapeake, VA, Marshall, Monty, 12/17/01

**02-DEA-400619,** $7,423.50 U.S. Currency, Richmond, VA, Harris, Iris, 12/07/01

**DISTRICT OF VIRGIN ISLANDS**

**01-DEA-397663,** 22Ft Open Hull Vessel, Ser No 6H1L502936, St Thomas, VI, Rodriguez-Valdez, Julio, 09/20/01

**01-DEA-397665,** 32Ft Eduardono Vessel, Ser No Z5489908J0BIZ1, St Thomas, VI, Otalora, Marco Aurelio, 09/20/01

**02-DEA-400437,** Electronic Equipment, Satellite Phone Model Nera Worldphone, Ser No QUFC911925 2.0, 01020342, VL $4,995.00, St Thomas, VI, De la Rosa, Pucho and Eve, Ramon Antonio and Perez-Serrano, Fausto, 11/18/01

**DISTRICT OF VERMONT**

**02-DEA-400699,** $3,843.00 U.S. Currency, Burlington, VT, Chugunov, Daniel, 12/20/01

**EASTERN DISTRICT OF WISCONSIN**

**02-DEA-399953,** 1985 Checkmate Starflite 21' Fiberglass Boat-FED Trailer, Ser No CHK33824J586, Green Bay, WI, Duval, Timothy, 11/26/01

(The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.)



U.S. DEPART NT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| Asset Id: | 02-DEA-400661 |
| Case Number: | CV-01-0009 |
| Property: | $1,181.00 U.S. Currency |
| Asset Value: | $1,181.00 |
| Seizure Date: | 11/28/01 |
| Seizure Place: | Norwalk, CT |
| Owner Name: | |
| **Seized From:** | Florez, Omar |
| **Judicial District:** | District of Connecticut |

Omar Florez, Prisoner ID No. #14478-014
Donald Wyatt Detention Facility
950 High St
Central Falls, RI 02863

NOTICE MAILING DATE: July 26, 2002

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very **carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **August 30, 2002**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQS Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475.** Correspondence **sent via private delivery must be sent to DEA, Office of Domestic Operations, DOA, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

EXHIBIT
tabbles
10

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0004 4464 9708

Postage $

Certified Fee

Return Receipt Fee (Endorsement Required)

Restricted Delivery Fee (Endorsement Required)

Total Postage & Fees $

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. K. D. Hart

1. Article Addressed to: CV

Asset ID: 02-DEA-406661
Omar Florez,
Prisoner ID No. #14478-014
Donald Wyatt Detention Facility
950 High St
Central Falls, RI 02863

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7001 2510 0004 4464 9708

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424

EXHIBIT
11
tabbies



U.S. Department of Justice
Drug Enforcement Administration

---

Asset ID: 02-DEA-[illegible] Case #: [illegible]
Asset Description: $1,181.00 U.S. Currency

Seizure Date: 11/28/01 Seizure Value: $1181.00
Seizure Place: Norwalk, CT
Owner Name:
Seized From: Omar Perez
Judicial District: District of Connecticut

**DECLARATION OF FORFEITURE**

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

[signature] Carmen R. [illegible]
Senior Attorney
Asset Forfeiture Section

September 12, 2002
Date

EXHIBIT
12