IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 JUL -1  P 12: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

OMAR FLOREZ
Petitioner

    vs.

UNITED STATES
OF AMERICA

Civil No.

Criminal No. 3: CR 162 (SRU)

PRO-SE

## TRAVERSE TO RESPONDENT'S ANSWER

Comes now the petitioner: OMAR FLORES PRO-SE: Who submits his " Traverse to the respondent's answer " in the above motion: for return of property under & F.R. Cr. P. 41(e) the petitioner submits the respondent's answer lack's merit and should be overruled by this Honorable Court and that an order forth.

Return of property shall be order under the procedures of forfieture wich was confiscated upon his arrest this Court has jurisdiction pursuant to ancillary jurisdiction of 41(e) federal rules of procedures.

Respectfully submitted

*Omar Florez*

OMAR FLORES

(1)

See Rafu V. United States, 20f. 3d 63 ( 2nd CIR 1992 )

" District Court where defendent is tried has ancillary jurisdiction to dicide defandent's post trial motion for the return of seized property."

## ARGUMENT

Rule 41(e) provides (e) motion for return of property a person aggrieved by unlawful search and seizure or by deprivation of property may move the District Court for the District in wich the property was seized for the return of property on the grounds that such persons is entitled to lawful possesion of the property.
The Court shall recieve evidence on any issues of facts necessary to confiscated:

## FACTS

That defendant is unskilled, unlearned, and untrained and that Mr. Omar Flores neither reads, write, nor comprehends the English Language. Certainly he is unable to comprehend legal proceedings in the English Lenguage. That the movant demonstrated efforts to seck help in his litigation. That the defendant will demostrate See exhibics 1 throu 5 and timely communications. With courts by him having submitted several motions and requests to the courts in concern for return of corrency and personal property.
Where by on January 14,2004, govermen ts response to motion for return of property that the defendant seeks return of property seized by the DEA agents the return of " Ring, Watch, Chain, Medallions

(2)

and 1,181.00 dollars, claims were made by administrative proceeding for the return of currency the goverment failed to response and ignored several request. See Exhibits that at no time notice was given to the defendant property.

That is certainly obious that the defendant, was incarcerated at the time of notice to where the defendant suppose to have been living ? The attorney for DEA agents forfieture engineer false trails of notice's information as to where about the defendant is incarcerated after his arrested and conviction. All information was most certainly available at the time.

### STATEMENTS OF FACTS

Further: Federal Courts have held that, " If motion for return of property is made after termination of criminal proceedings against defendant, such motion should be treated as civil complaint for equitable relief." See Unwubiko Vs. U.S. 969 F 2d 1392-97 ( 2nd CIR. 1992 ) " Where criminal proceedings are not longer pending against 41 (e) motion should be treated as equitable civil proceedings." To the decision of the motion. If motion is granted, the property shall be returned to the movant, although reasonable conditions may be imposed to protect acess and use of the property in subseguent proceedings.

If aomotion for return of said property is made or comes on for a hearing in the district of trial after an indictment or information is filed:

It shall be treated also as motion suppress under rule 12

" Shall " is language of command.

Anderson Vs. Yung Kau, 67S. CT. 428 ( 1997 ).

The words can not be softend into mere permission, it means

" Must " for the purpose of sustainning OR enforcing an existing right. See: West Wisconsin R. Co Vs Foley 94 U.S. 71( 1877 ).

See also United Vs. Myers, 106 f. 3d 936 941 ( 10 th Cir.1997).

Matter of DP Partners LTD. Partnership. 106 f 667.N9C 5th Cir. 1997 )

Federal Courts required the goverment to return property seized f for the purpose of trial, if property is neither contraband nor subjet to the forfieture statue at end of criminal proceedings.

See: U.S. Vs. Glovanelli, 998 f. 2d 116 ( 2nd Cir. 1993 ), claimn: was entittled to return of funds in connection with a rocketeering influenced corrupt organization ( Rico ) charge. Claiment was not estopped from making his motion for return of funds by having with held it until statue of limitations had run out against the goverment in this case, the indisputed facts are the petitioner's prop perty was seized by(DEA) agents and petitioner were never given any notice of the intended forfieture of his property inforfieture jurisprudence, a notice must given to the aggrieved in an impending forfieture action, a failure to give notice ( Proper and good faith ) notice, by the goverment violates the aggriered's due process rights warranting relief. In U,S. Vs. 184, 505.01 in U.S. Currency, 72 f. 3d 1160 ( 3 rd Cir. 1995 ). The court held that, " When the goverment knows of a part's actual where abouts, due process requires sending a notice the address, especially where the part is incarcerated. " In this case the goverment had petitioners prison address as well knowing that the petitioner had no other legal residence.

(4)

And failed to take necessary steps to comply with minimum requirements due process to give notice, See. Robinson Vs. Honyahan; 409 U.S. 47 ( 1972 ), where the United States Supreme Court held that a claiment is entitled to a hearing and notification even if he is sitting in jail.

### CONCLUSION

Wherefore, based on the foregoing reasons, the petitioner respectfully moves this honorable court to grant relief, by directing the United States Attorney's Office to inform DEA to release all of the petitioner's personal property as identified herein to his respective current adress here at: F.C.I. FORT DIX, P.O. BOX 7000 UNIT 5802, FORT DIX, N.J. 08640. Or can be turn oven to his sister:

MARIBEL FLOREZ

9725 FONTAIN BLEAU

Blvd. APT. 209  MIAMI, FL. 33172

6702 Urb. SOLEIL

Furthermore:

That Mr Florez, release date: March 2006 possible deportation, That time is of the essence.

## PRO - SE CERTIFICATE OF SERVICE

I, OMAR FLOREZ, PETITIONERS here in, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the office of clerk for The United States District of Connecticut and a true and correct copy has been furnished upon the office of The United States Attorney for the U.S. District of Connecticut

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day_____March, 2005.


*Omar Florez*
OMAR FLOREZ
Reg. No. 14478-014
F.C.I. FORT DIX WEST
P.O. BOX 7000, UNIT 5802
FORT DIX, N.J. 08640

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL NO. 3:CR162(SRU) |
| v. | : |
| OMAR FLOREZ | :JANUARY 14, 2004 |

### GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PROPERTY

The United States hereby responds to the defendant's motion for return of the property seized during a search warrant in the captioned criminal case.

The defendant seeks return of property seized during a search in connection with the referenced mater. DEA agents did seize items from a residence in connection with this criminal case. The defendant seeks return of "ring, watch, chains, medallions and $1,181.00." DEA agents have represented to me that the currency was the subject of an administrative forfeiture and that notice was given to the defendant of the proceeding. Any claim to the currency had to have been made in the administrative proceeding. The government does not object to the return of other miscellaneous items seized, and will instruct the agents to make the items available for release and send them to him.

**EXHIBIT 1**

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ROBERT M. APPLETON
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct05112
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

## CERTIFICATION

I hereby certify that a true copy of the foregoing was provided this 14th day of January, 2004, to Omar Florez, FCI Fort Dix, P.O. Box 7000, Fort Dix, New Jersey 08640-7000.

_____
Robert M. Appleton
Assistant United States Attorney

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Omar Florez 14478-014
Federal correctional institution
P.O Box 7000
Fort Dix, NJ 08640

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Omar Florez #14478-014
Federal correctional institution
P.O Box 7000
Fort Dix, NJ 08640

EXHIBIT 2

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .74 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.79 |

Postmark: FORT DIX or TRENTON NJ 08641, JAN 2005, USPS

Sent To: Clerk of Court, U.S. District Court
Street, Apt. No.; or PO Box No.: 915 Lafayette Blvd, Room 211
City, State, ZIP+4: Bridgeport, CT 06604

PS Form 3800, June 2002       See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .74 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.79 |

Postmark: FORT DIX or TRENTON NJ 08641, JAN 3 2005, USPS

Sent To: Hon. Judge S.R. Underhill U.S.D.C.
Street, Apt. No.; or PO Box No.: 915 Lafayette Blvd
City, State, ZIP+4: Bridgeport, CT 06604

PS Form 3800, June 2002       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): S. Cance
C. Date of Delivery: 1/1/05

1. Article Addressed to:
   Clerk of Court
   U.S. District Court
   State of Connecticut
   U.S. Courthouse, Room 211
   915 Lafayette Blvd.
   Bridgeport, CT 06604

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2766 7258

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X B. Sbalbi   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): B. Sbalbi
C. Date of Delivery: 1/1/05

1. Article Addressed to:
   Hon. Judge S.R. Underhill
   U.S. District Court State
   of Connecticut
   U.S. Courthouse, Room 211
   915 Lafayette Blvd.
   Bridgeport, CT 06604

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2766 7241

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 3

Sir/Madam,

### Requester

Under the rules 41(e) motion to request for return of personal property. Pursuant to Fed. R. Crime 41(e), this motion was submitted on this date 6/18/03 for the return of "Seized" property.

Case # 3.01-Cr-00162 (SRU)      Pin # 14478014

Name: Omar Florez

A.K.A

Date of Arrests and location:


Forward:   Reply to:   Federal Correction Institution
                       P.O. Box 7000 (West)
                       Fort Dix, NJ 08640   Bldg. 5802

                                        Respectfully submitted,


EXHIBIT 4

December ___, 2004

United States District Court
State of Connecticut
U.S. Courthouse, Room 211
915 Lafayette Blvd.
Bridge Port, CT. 06604

RE: United States v. Omar Florez
Docket 3:01-CR-00162 (SRU)

On 7/18/03 a Motion was submitted Pro Se Motion for the for forfeiture return of property brought pursuant to Federal rule Crim. P. 41(e) that the government shall, return all of Mrs Non-contraband property to him, Including $1,181.00 in U.S. currency. Failure on the government to respond to this motion: Failured that DEA failed to present that the currency was subject to administrative forfeiture and no notice was given to the defendant. That your office failed to response. Therefore this motion is being resubmit to the courts and dated on calendar for a resolution.

Respectfully Submitted,

*Omar Florez*

Omar Florez, Pro-Se
Reg: 14478-014

Enclosed, C.C. for District Court
Motion for Return of Personal
Property Fed.R.Crim.P.41(e)
Requester dated 7/18/03 Clerk of the Court
Certification Certificate of Service
C.C. U.S. District Courts
C.C. Clerk of the Courts
C.C. U.S.A. Attorney Robert M. Appleton

**EXHIBIT 5**

## CERTIFICATE OF SERVICE

I, Omar Florez, Pro-se, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District Court for the District of Connecticut, and a true and correct copy has been furnished upon the Office of the United States Attorney for the District Court of Connecticut Robert R. Apleton, Federal Bar # CT 05112, 915 Lafayette Boulevard Bridgeport CT. 06604

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day ___ of July, 2004

*Omar Florez*
Omar Florez, Pro-Se
Reg: 14478-014

[2]

## CERTIFICATE OF SERVICE

And now, on this 18th day of June, 2003, the Petitioner hereby certifies that he placed a true and correct copy of the Motion to Request Return of Personal Property, pursuant to Fed.R.Crim.P., 41(e) affixed with proper postage via first-class mail to the following:

        John A. Danaher III
        Assistant U.S. Attorney

        Respectfully,
        *Omar Florez*
        Omar Florez

EXHIBIT 6